1 | Samuel Bernard Johnson, III
2 | 4420 Abruzzi Circle
  | Stockton, California 95206
3 | (209) 982-5904 – Telephone
  | blakviii@aol.com – Email
4 | *In Pro Se* - Plaintiff

"Chambers Copy – Donot File"

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW individually and in her official capacity as Business Partner, Human Resources for Chevron Corporation, Chevron Environmental Management Company and Chevron Technology & Services Company, KATHRYN M. GALLACHER individually and in her official capacity as Employee | Case No.: C 07-05756 WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF SAMUEL BERNARD JOHNSON III'S MOTION TO E-FILE |

1

Relations Counselor, Human Resources for Chevron Corporation and Chevron North America Shared Services, SUSAN J. SOLGER individually and in her official capacity as former Supervisor, Contracts Administration for the Business Services Unit for Chevron Environmental Management Company, SELLERS STOUGH individually and in his official capacity as Manager for the Finance and Business Services Unit for Chevron Environmental Management Company, KRYSTAL TRAN, individually and in her official capacity as Senior Claims Analyst for Chevron Corporation Treasury Department Insurance Division DEBBIE WONG, individually and in her official capacity as Former Supervisor, Contracts Administration and Supplier Manager for Chevron Environmental Management Company, GARY A. YAMASHITA individually and in his official capacity as Manager for the Global Office of Ombuds for Chevron Corporation, and DOES 1-10, inclusive

                Defendants

1  **GOOG CAUSE APPEARING:**

2   This matter having come before the Court on Samuel Bernard Johnson III, (hereinafter

3  referred to as "Plaintiff Johnson") Motion to E-File and the Court having read and reviewed such

4  and for good cause appearing:

5

6  **IT IS HEREBY ORDERED THAT:**

7   Plaintiff Johnson's Motion to E-File is GRANTED.

8

9  Dated this __2__ day January of 2008        WILLIAM H. ALSUP
10                                              UNITED STATES DISTRICT JUDGE