UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III,<br><br>         Plaintiff,<br><br>   v.<br><br>CHEVRON CORPORATION et al,<br><br>         Defendant.<br>_____/ | Case Number: CV07-05756 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Samuel Bernard Johnson
4420 Abruzzi Circle
Stockton, CA 95206

Dated: January 4, 2008

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk