1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SAMUEL B JOHNSON III,                        No. C 07-05756 WHA

11            Plaintiff,

12      v.

13   CHEVRON CORPORATION, CHEVRON              **REQUEST FOR CLARIFICATION**
     CORPORATION LONG TERM DISABILITY
14   PLAN ORGANIZATION, CHEVRON
     ENVIRONMENTAL MANAGEMENT
15   COMPANY, CATHERINE DREW,
     KATHRYN M. GALLACHER, SUSAN J.
16   SOLGER, SELLERS STOUGH, KRYSTAL
     TRAN, DEBBIE WONG, and GARY A.
17   YAMASHITA,

18            Defendants.

19   _____/

20         The Court has received plaintiff's "notice of possible potential conflict of interest."

21   In his notice, plaintiff mentions Morrison & Foerster, LLP.  The Court requests that defendants

22   clarify what the role of Morrison & Foerster is in the instant action.  Please file a response by

23   **FRIDAY, JANUARY 11, 2008**, at **NOON**.

24

25

26   Dated:  January 7, 2008.              _____
27                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
28

United States District Court

For the Northern District of California