UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III, | Case Number: CV07-05756 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHEVRON CORPORATION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Samuel Bernard Johnson
4420 Abruzzi Circle
Stockton, CA 95206

Chevron Corporation
Attention: Legal Department
6001 Bollinger Canyon Road
San Ramon, CA 94583

Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

Dated: January 7, 2008

                                          Richard W. Wieking, Clerk
                                          By: Dawn Toland, Deputy Clerk