IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III, | No. C 07-05756 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S EX PARTE MOTION TO FILE UNDER SEAL** |
| CHEVRON CORPORATION, CHEVRON CORPORATION LONG TERM DISABILITY PLAN ORGANIZATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CATHERINE DREW, KATHRYN M. GALLACHER, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, and GARY A. YAMASHITA, | |
| Defendants. | |

The Court has received plaintiff's ex parte motion to file under seal. According to the docket, however, defendants have not yet been served. The Court will not rule on any motion until defendants have been served. According to Rule 4 of the Federal Rules of Civil Procedure, defendants must be served within 120 days after the filing of the complaint. Plaintiff is ordered to inform the Court when the complaint and all motions have been served upon defendants in a timely manner. Plaintiff shall also serve defendants all orders requesting a response. The hearing set for January 31, 2008, for plaintiff's motion to file under seal shall be **VACATED**.

Once plaintiff's ex parte motion to file under seal has been properly served upon defendants, defendants will have **SEVEN DAYS** to respond. The Court will likely decide the

matter on the papers and will advise if a hearing is necessary. Defendants should be mindful of the compelling reasons standard of the *Kamakana* decision in framing their response.

**IT IS SO ORDERED.**

Dated: January 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE