ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL B. JOHNSON, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION, CHEVRON CORPORATION LONG TERM DISABILITY PLAN ORGANIZATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CATHERINE DREW, KATHRYN M. GALLACHER, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, and GARY A. YAMASHITA,<br><br>　　　　Defendants. | Case No. C 07-05756 WHA<br><br>**DEFENDANTS' RESPONSE TO COURT'S JANUARY 7, 2008 REQUEST FOR CLARIFICATION** |

Defendants Chevron Corporation et al. (hereinafter collectively "Defendants"), hereby respond to the Court's January 7, 2008 Request for Clarification, as follows:

This matter is not at issue and no Defendant has appeared. Moreover, Defendants are filing this response pursuant to the Court's Order and do not intend for this response to be deemed as an appearance. Defendants' responsive pleadings, which will comprise of Motions to Dismiss rather than Answers, are required to be filed in approximately one month, on February 8, 2008.

-1-

At this time, and given that this matter has just recently commenced, Defendants have not conducted discovery regarding Plaintiff's prior employment with, and complaint filed against, Morrison & Foerster and indeed, were unaware that Plaintiff had filed said prior similar charge. Accordingly, Defendants are unable to clarify for the Court, at this time, the role of Morrison & Foerster as such information was unknown to Defendants until Plaintiff's filing of his "Notice of Potential Conflict of Interest." However, Defendants are informed and believe that in addition to Morrison & Foerster, and now Defendants, Plaintiff has also previously filed a similar complaint against yet another employer. Accordingly, Defendants believe that Plaintiff may have engaged in a pattern and practice of routinely filing complaints of this nature against his employers and may use evidence of his prior employment and inclination toward the filing of complaints, in defense of Plaintiff's unfounded claims against Defendants in this matter.

Defendants have no objection or opposition to the Honorable William H. Alsup continuing to preside over this matter. Indeed, Plaintiff himself, in his "Notice of Potential Conflict of Interest," concedes that no conflict of interest exists in this matter and that he believes, as do the Defendants, that this Court "can remain impartial" in this matter. (Plaintiff's Notice of Possible Conflict of Interest, 3:26-4:4.)

Dated: January 11, 2008

**FILICE BROWN EASSA & McLEOD LLP**

By: /s/
    ROBERT D. EASSA
    DELIA A. ISVORANU
    Attorneys for Defendants

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131