**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON, III,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION, CHEVRON CORPORATION LONG TERM DISABILITY PLAN ORGANIZATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CATHERINE DREW, KATHRYN M. GALLACHER, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, and GARY A. YAMASHITA,<br><br>    Defendants.<br>_____/ | No. C 07-05756 WHA<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    The plaintiff Samuel Johnson, having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

    IT IS HEREBY ORDERED that Samuel Johnson shall be referred to the Federal Pro Bono Project in the manner set forth below:

    1.    The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent the plaintiff Samuel Johnson, that attorney shall be appointed as counsel for plaintiff Samuel Johnson in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff Samuel Johnson in this action.

IT IS SO ORDERED.

Dated: January 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2