IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B. JOHNSON III,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION, CHEVRON CORPORATION LONG TERM DISABILITY PLAN ORGANIZATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CATHERINE DREW, KATHRYN M. GALLACHER, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, and GARY A. YAMASHITA,<br><br>    Defendants.<br>                                                            / | No. C 07-05756 WHA<br><br>**ORDER RE SERVICE** |

The Court has stayed proceedings in this action until four weeks from the date an attorney is appointed for plaintiff Samuel Johnson. Service, however, will continue, regardless of whether or not plaintiff obtains a lawyer. That means plaintiff must serve the complaint upon defendants within 120 days after the filing of the complaint (which was November 14, 2007), pursuant to Rule 4 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: January 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE