IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL B JOHNSON, III,

    Plaintiff,

v.

CHEVRON CORPORATION, et al.,

    Defendants.

No. C 07-05756 WHA

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

    The discovery dispute referred to in plaintiff's letter of March 17, 2008, as well as all future discovery disputes, are hereby **REFERRED** to a magistrate judge to be selected. The Court has been postponing a case management conference in the case in order to give Mr. Johnson time to obtain a lawyer. However, so much time has now passed that we must get the case moving and a case management conference is now set for **APRIL 10, 2008, AT 11:00 A.M.** Please file a joint case management statement no later than April 3, 2008.

    **IT IS SO ORDERED.**

Dated: March 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE