UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON, III, | Case No. C-07-05756 WHA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERENCE; ORDER DENYING MOTION** |
| CHEVRON CORPORATION, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for resolution of the recent discovery dispute and all future discovery matters.

The Court is in receipt of Plaintiff's correspondence dated March 17, 2008 (the "Motion") [Docket No. 25]. The Court is also in receipt of an opposition dated March 21, 2008 [Docket No. 26] and Plaintiff's reply dated March 22, 2008 [Docket No. 28]. The Motion is DENIED. Informal investigation is not "discovery" within the meaning of the Federal Rules of Civil Procedure. Nor is counsel for Defendant barred from cooperating with counsel in another case, absent some order of the court, statute, or court rule barring such cooperation. No such order, statute, or rule is implicated here.

**FUTURE DISCOVERY DISPUTE PROCEDURES**

In the event a future **discovery dispute** arises, IT IS HEREBY ORDERED that the party seeking to compel discovery shall file a letter not to exceed three (3) pages describing the dispute. An opposition, which also shall not exceed three (3) pages, shall be filed within five (5) days from the date of the initial letter.

After receiving the opposition, the Court will determine what further proceedings, if any, are necessary.

**LAW AND MOTION HEARING CALENDAR**

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements. All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: March 31, 2008

JOSEPH C. SPERO
United States Magistrate Judge