ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Tel: (510) 444-3131
Fax: (510) 839-7940
Attorneys for Defendants


SAMUEL B. JOHNSON III (PRO PER)
4420 Abruzzi Circle
(209) 982-5904
Plaintiff-In Pro Per

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL B. JOHNSON III,<br><br>   Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION, CHEVRON CORPORATION LONG TERM DISABILITY PLAN ORGANIZATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CATHERINE DREW, KATHRYN M. GALLACHER, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, and GARY A. YAMASHITA,<br><br>   Defendants. | Case No. C 07-05756 WHA (JCS)<br><br>**PARTIES' STIPULATION DISMISSING CERTAIN DEFENDANTS AND PLAINTIFF'S 42 U.S.C. SECTION 1983 CLAIMS;**<br><br>**PARTIES' STIPULATION TO CONTINUE APRIL 10, 2008 CASE MANAGEMENT CONFERENCE; AND**<br><br>**[~~PROPOSED~~] ORDER** |

  Plaintiff Samuel B. Johnson III and Defendants Chevron Corporation et al. (collectively) HEREBY STIPULATE AND AGREE and request of the Court to enter an Order as follows:

-1-

PARTIES' STIPULATION DISMISSING CERTAIN DEFENDANTS AND PLAINTIFF'S 42 U.S.C. SECTION 1983 CLAIMS; PARTIES' STIPULATION TO CONTINUE APRIL 10, 2008 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

Case No. C 07-05756 WHA (JCS)

00215 34155 DAI 578130.3

- Defendants Chevron Corporation Long-Term Disability Plan Organization, Catherine Drew, Kathryn Gallacher, Susan Solger, Sellers Stough, Krystal Tran, Debbie Wong and Gary Yamashita are hereby dismissed from this action, including any and all claims alleged against them, *without prejudice*;
- This action and Plaintiff's claims shall proceed against Chevron Corporation and Chevron Environmental Management Company only; and
- Plaintiff's 42 U.S.C. section 1983 claims only are also dismissed from this action in their entirety.

Additionally, Plaintiff Johnson has represented to Defendants that he has been attempting to obtain an attorney and believes that he will be able to do so in the next 30-days and, as a result, seeks a continuance of the Court's currently set April 10, 2008 Case Management Conference to on or after May 2, 2008, with a corresponding 30-day continuance of the April 3, 2008, deadline for filing a Joint Case Management Statement. Based upon Plaintiff Johnson's assurance that he has been attempting to secure counsel during the Court's previously ordered stay, Defendants hereby agree and stipulate to such a brief continuance. No Defendant has yet appeared in this action.

DATED: March 31, 2008            FILICE BROWN EASSA & McLEOD LLP

By:_____
ROBERT D. EASSA
DELIA A. ISVORANU
Attorneys for Defendants

DATED: March 31, 2008            PLAINTIFF—IN PRO PER

By:_____
SAMUEL B. JOHNSON III

///

-2-
PARTIES' STIPULATION DISMISSING CERTAIN DEFENDANTS AND PLAINTIFF'S 42 U.S.C. SECTION 1983 CLAIMS; PARTIES' STIPULATION TO CONTINUE APRIL 10, 2008 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

Case No. C 07-05756 WHA (JCS)

00215 34155 DAI 578130.3

1. - Defendants Chevron Corporation Long-Term Disability Plan Organization, Catherine Drew, Kathryn Gallacher, Susan Solger, Sellers Stough, Krystal Tran, Debbie Wong and Gary Yamashita are hereby dismissed from this action, including any and all claims alleged against them, *without prejudice*;
2. - This action and Plaintiff's claims shall proceed against Chevron Corporation and Chevron Environmental Management Company only; and
3. - Plaintiff's 42 U.S.C. section 1983 claims only are also dismissed from this action in their entirety.

Additionally, Plaintiff Johnson has represented to Defendants that he has been attempting to obtain an attorney and believes that he will be able to do so in the next 30-days and, as a result, seeks a continuance of the Court's currently set April 10, 2008 Case Management Conference to on or after May 2, 2008, with a corresponding 30-day continuance of the April 3, 2008, deadline for filing a Joint Case Management Statement. Based upon Plaintiff Johnson's assurance that he has been attempting to secure counsel during the Court's previously ordered stay, Defendants hereby agree and stipulate to such a brief continuance. No Defendant has yet appeared in this action.

DATED: March 31, 2008        FILICE BROWN EASSA & McLEOD LLP

                             By:_____
                                ROBERT D. EASSA
                                DELIA A. ISVORANU
                                Attorneys for Defendants

DATED: March 31, 2008        PLAINTIFF—IN PRO PER

                             By:_____
                                SAMUEL B. JOHNSON III

///

-2-
PARTIES' STIPULATION DISMISSING CERTAIN DEFENDANTS AND PLAINTIFF'S 42 U.S.C. SECTION 1983 CLAIMS; PARTIES' STIPULATION TO CONTINUE APRIL 10, 2008 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

**ORDER**

It is hereby ORDERED a follows:

- Defendants Chevron Corporation Long-Term Disability Plan Organization, Catherine Drew, Kathryn Gallacher, Susan Solger, Sellers Stough, Krystal Tran, Debbie Wong and Gary Yamashita are hereby dismissed from this action, including any and all claims alleged against them, without prejudice;

- This action and Plaintiff's claims shall proceed against Chevron Corporation and Chevron Environmental Management Company only;

- Plaintiff's 42 U.S.C. section 1983 claims only are also dismissed from this action in their entirety; and

- The Case Management Conference currently scheduled for April 10, 2008, is hereby continued to 4/24/08 at 11:00 a.m.   THERE WILL BE NO FURTHER CONTINUANCES.

- The parties' Joint Case Management Statement shall be filed no later than 4/17/08

**IT IS SO ORDERED**

DATED: April 1, 2008.



HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

-3-

PARTIES' STIPULATION DISMISSING CERTAIN DEFENDANTS AND PLAINTIFF'S 42 U.S.C. SECTION 1983 CLAIMS; PARTIES' STIPULATION TO CONTINUE APRIL 10, 2008 CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER

Case No. C 07-05756 WHA (JCS)

00215 34155 DAI 578130.3