ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendants

SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904

Plaintiff - *In Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION. a Delaware corporation and CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California Corporation and DOES 1-10,<br><br>Defendants. | Case No. C 07-05756 WHA (JCS)<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

Defendants Chevron Corporation and Chevron Environmental Management Company (collectively "Chevron") certify, pursuant to Civil Local Rule 3-16, that as of this date, other than the named parties, there is no such interest to report.

-1-
DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES
Case No. C 07-05756 WHA (JCS)

00215 34155 Delia A. Isvoranu 584693.1
4/23/08

Previously, in the parties' Joint Case Management Statement, counsel for Chevron erroneously stated, on preliminary research, that Chevron U.S.A. Inc. was an interested party under the mistaken belief that Defendant Chevron Environmental Management Company was a "division" of Chevron U.S.A. Inc. In fact, Defendant Chevron Environmental Management Company is not a division of Chevron U.S.A. Inc., but rather, is a separate and independent corporation. Accordingly, neither Chevron U.S.A. Inc. nor any other non-party entity has any interest in this matter. The only interested entities are the named Defendants, Chevron Corporation and Chevron and Chevron Environmental Management Company.

Respectfully,

DATED: April 15, 2008

FILICE BROWN EASSA & McLEOD LLP

By: _____
ROBERT D. EASSA
DELIA A. ISVORANU
Attorneys for Defendants
Chevron Corporation and
Chevron Environmental Management
Company