ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendants
CHEVRON CORPORATION and
CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION. a Delaware corporation and CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California Corporation and DOES 1-10,<br><br>Defendants. | Case No. C 07-05756 WHA (JCS)<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

Defendants Chevron Corporation and Chevron Environmental Management Company (collectively "Chevron"), in conformity with its declination set forth in the parties' Joint Case Management Statement filed with the Court on April 16, 2007, respectfully declines to consent to a United States Magistrate Judge conducting proceedings in this matter, including the hearing of dispositive motions, trial and entry of judgment, and requests that proceedings be conducted by the United States District Judge to which this matter has been assigned.

-1-

DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No. C 07-05756 WHA (JCS)

00215 34155 DAI 583513.1

| | |
|---|---|
| | Respectfully, |
| DATED: April 23, 2008 | FILICE BROWN EASSA & McLEOD LLP |
| | By: _____/s/_____ |
| | ROBERT D. EASSA |
| | DELIA A. ISVORANU |
| | Attorneys for Defendants |
| | Chevron Corporation and |
| | Chevron Environmental Management Company |

-2-
DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No. C 07-05756 WHA (JCS)

00215 34155 DAI 583513.1