Samuel B. Johnson III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
Blakviii@aol.com - Email

Plaintiff – *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                    Defendants | Case No.:   C 07-05756 WHA (JCS)<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

Plaintiff Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") certifies, pursuant to Civil Local Rule 3-16, that as of this date that in addition to the above named defendants (Chevron Corporation and Chevron Environmental Management Company) that the following persons and/or entities have an interest in this action:

1.      Chevron Long-term Disability Plan Organization;

2.      Catherine Drew;

3.      Kathryn M. Gallacher;

4.      Susan J. Solger;

1

       5.     Sellers Stough;

2

       6.     Krystal Tran;

3

       7.     Debbie Wong; and

4

       8.     Gary A. Yamashita.

5

     Plaintiff Johnson further contends that such was communicated to Filice Brown Eassa &

6

McCleod, LLP who represents the Chevron Corporation and Chevron Environmental

7

Management Company and to the Court on April 1, 2008.  *See* Joint Case Management

8

Conference Statement at 13:27-14:8.

9

10

                   /s/

11

Dated this 23rd day April of 2008                   SAMUEL BERNARD JOHNSON III

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28