Samuel Bernard Johnson III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

*In Pro Se* - Plaintiff


FILICE BROWN EASSA & MCLEOD, LLP
ROBERT D. EASSA, ESQ. (SB# 107970)
DELIA ISVORANU, ESQ. (SB# 226750)
1999 Harrison Street, 18th Floor
Oakland, California 94612
(510) 441-3131  - Telephone
(510) 839-7940 – Facsimile
disvoranu@filicebrown.com - Email

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>           Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation,  and DOES 1-10, inclusive<br><br>           Defendants | Case No.:  C 07-05756 WHA (JCS)<br><br>**PLAINTIFF'S SELECTION OF ADR PROCESS AND [PROPOSED] ORDER** |

Samuel Bernard Johnson III reports to the Court that he has met and conferred regarding ADR and have informed Filice Brown Eassa & McCleod, LLP pursuant to Civil Local Rule 16-8

and ADR L.R. 3-5 of the following:

Plaintiff Johnson selects mediation as the ADR session.

Plaintiff Johnson requests that the Court hold the ADR session by the presumptive deadline (the deadline is ninety (90) days from the date of the order referring the case to an ADR process unless otherwise ordered.)

/s/
Dated this 23rd day April of 2008          SAMUEL BERNARD JOHNSON III

**[PROPOSED] ORDER**

Pursuant to the above, the captioned matter is hereby referred to:

Mediation

Deadline for ADR session is ninety (90) days from the date of this order.

**IT IS SO ORDERED**

Dated this _____ day _____ of 2008
                                          HONORABLE WILLIAM H. ALSUP
                                          UNITED STATES DISTRICT JUDGE