IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL B JOHNSON, III,

    Plaintiff,

  v.

CHEVRON CORPORATION, a Delaware corporation, and CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1–10,

    Defendants.

No. C 07-05756 WHA

**ORDER OF RECUSAL**

    I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

    All pending dates of case management conferences, motions, pretrial conferences and trial are hereby **VACATED** and are to be reset by the newly-assigned judge.

    The Reassignment Committee is requested to reassign this matter to a district judge, defendant having already declined to proceed before a magistrate judge.

    **IT IS SO ORDERED.**

Dated: April 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE