**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 24, 2008

Case No.  C 07-05756 WHA

Title: SAMUEL JOHNSON III  v. CHEVRON

Plaintiff Attorneys: Pro Per

Defense Attorneys: Delia Isvoranu

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to     for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Jury Trial

**ORDERED AFTER HEARING:**

Court advised the parties that a recusal order will be issued.