IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III, | No. C 07-05756SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CHEVRON CORPORATION, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on Friday, May 16, 2008 at 2:30 p.m. A joint case management conference statement must be filed one week in advance of the conference.

Dated: April 30, 2008

RICHARD W. WIEKING, Clerk

*Sutton*

Tracy Sutton
Deputy Clerk