**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.    C-07-5756 SI            Judge:   SUSAN ILLSTON

Title: SAMUEL JOHNSON  -v- CHEVRON CORP.

Attorneys: S. Johnson (pro se)            Isvoranu

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

### PROCEEDINGS

1)   Further Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **10/24/08     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **2/20/08     @ 9:00 a.m.**   for Motions
(Motion due **1/16/09** , Opposition **1/30/09** Reply **2/6/09**)

Case continued to **4/7/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **4/20/09    @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 9/26/08  Designate Experts by: 10/10/08, Rebuttal Experts:n/a, Expert Discovery Cutoff:11/21/08

ORDERED AFTER HEARING: This case shall be referred to the Court's Mediation Program.  The mediation session shall occur by the end of September 2008.

The public complaint shall be removed from the public file and placed under seal.  Counsel shall prepare an order directing such document removal.

Initial disclosures shall be produced on May 23, 2008.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-07-5756 SI            Judge:   SUSAN ILLSTON

Title: SAMUEL JOHNSON  -v- CHEVRON CORP.

Attorneys: S. Johnson (pro se)            Isvoranu

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **10/24/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **2/20/08    @ 9:00 a.m.**   for Motions
(Motion due **1/16/09** , Opposition **1/30/09** Reply **2/6/09**)

Case continued to **4/7/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **4/20/09    @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 9/26/08  Designate Experts by: 10/10/08, Rebuttal Experts:n/a, Expert Discovery Cutoff:11/21/08

ORDERED AFTER HEARING: This case shall be referred to the Court's Mediation Program.  The mediation session shall occur by the end of September 2008.

The public complaint shall be removed from the public file and placed under seal.  Counsel shall prepare an order directing such document removal.

Initial disclosures shall be produced on May 23, 2008.

Cc: ADR