IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL B JOHNSON III,

       Plaintiff,

v.

CHEVRON CORPORATION,

       Defendant.
                                      /

No. C 07-05756 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 24, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 26, 2008.

DESIGNATION OF EXPERTS: 10/10/08; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 21, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 16, 2009;

    Opp. Due January 30, 2009; Reply Due February 6, 2009 ;

    and set for hearing no later than February 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 7, 2008 at 3:30 PM.

JURY TRIAL DATE: April 20, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's Mediation Program. The mediation session shall occur by the end of September 2008.

The public complaint shall be removed from the public file and placed under seal. Counsel shall prepare an order directing such document removal.

Initial disclosures shall be produced on May 23, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                          SUSAN ILLSTON
                                                          United States District Judge