IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL BERNARD JOHNSON III,

      Plaintiff,

  v.

CHEVRON CORPORATION, et al.,

      Defendants.

No. C 07-5756 SI

**ORDER**

Within five days of the May 16, 2008 case management conference in this action, the Court received numerous discursive and disputatious letters from the parties in this case, some of which also include as exhibits prior discursive and disputatious e-mails or letters (Docket ## 45, 46, 47). **This conduct is inappropriate and must cease**. All of the matters raised in the letters could and should have been brought to the Court's attention during the May 16, 2008 case management conference. Had that been done, the issues would have been resolved or a mechanism to resolve them would have been agreed upon.

If the parties stipulate to the filing of an amended complaint, it may be done without further motion. If the parties do not stipulate, a motion is required. F.R.Civ.P. 15.

If the parties stipulate to the filing of a protective order, the Court will issue it as stipulated. If the parties cannot stipulate, the Court will upon request issue the form of Protective Order which may be found on the Court's website.

The Court will not disturb the prior order directing discovery disputes to Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: May 28, 2008

                                          SUSAN ILLSTON
                                          United States District Judge