SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
Blakviii@aol.com - Email

*In Pro Se* - Plaintiff

ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, California 94612
(510) 444-3131 - Telephone
(510) 839-7940 – Facsimile
disvoranu@filicebrown.com - Email

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>Defendants | Case No.:   C 07-05756 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, LOCAL RULES 7-12, 79-5(b) AND 79-5(c)** |

Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") and Delia A. Isvoranu of Filice Brown Eassa and McLeod LLP (hereinafter referred to as "Counsel for Chevron") hereby stipulate to file certain documents under seal pursuant to the Honorable Susan Ilston's Standing Order at Section 3, Civil Local Rules 7-12, 79-5(b) and 79-5(c).

**THE PARTIES HEREBY STIPULATE** that the following documents that have already been filed with the Court shall be filed under seal pursuant to Civ. L.R 79-5(b):

| Document Description | Court Docket # | Date Filed | Filed By |
|---|---|---|---|
| Complaint | 1 | 11/14/2007 | Plaintiff |
| Motion for Leave to Proceed in Forma Pauperis | 2 | 11/14/2007 | Plaintiff |
| Referral for Reassignment (Order) | 4 | 11/30/2007 | Court |

Court Docket # 1 as referenced above is also being filed under seal pursuant to Civ. L.R. 79-5(b) in connection with the Honorable Susan Illston's Pretrial Preparation Order (Corrected) at 1:22-23 that was filed by the Court on May 22, 2008.  *See* also Court Docket #59.

**THE PARTIES HEREBY FURTHER STIPULATE** that the following documents that have already been filed with the Court shall be filed under seal pursuant to Civ. L.R. 79-5(c):

| Document Description | Court Docket # | Date Filed | Filed By |
|---|---|---|---|
| Notice of Possible Potential Conflict of Interest (Notice (Other)) | 9 | 12/26/2007 | Plaintiff |
| Plaintiff's Response to (Docket #19) Defendant's Response (Reply Memorandum) | 22 | 1/14/2008 | Plaintiff |
| Motion for Miscellaneous Relief (Letter), Exhibit D at 5:20-21 | 25 | 3/19/2008 | Plaintiff |

1
STIPULATION AND [PROPOSED] ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, LOCAL RULES 7-12, 79-5(b) AND 79-5(c), Case No. C 07-05756 SI

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/

Dated: May 27, 2008    By _____

SAMUEL BERNARD JOHNSON III
*IN PRO SE* - PLAINTIFF

Dated: May 27, 2008    FILICE BROWN EASSA & MCLEOD LLP

/s/

By _____

ROBERT D. EASSA
DELIA A. ISVORANU

Attorneys for Defendants
Chevron Corporation and
Chevron Environmental Management
Company

**IT IS HEREBY** ~~**STIPULATED AND**~~ **ORDERED.**  as amended (complaint only)

Dated this _____ day of _____ 2008    _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL
PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL PREPARATION ORDER
(CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3,
LOCAL RULES 7-12, 79-5(b) AND 79-5(c), Case No. C 07-05756 SI

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                Defendants | Case No.:   C 07-05756 SI<br><br>**PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM** |

      I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

      On May 27, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

    **1.**    **STIPULATION AND [PROPOSED] ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, LOCAL RULES 7-12, 79-5(b) AND 79-5(c); AND**

    **2.**    **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM.**

      The ECF System is designed to send an email message to all parties in this action, which constitutes service. According to the ECF/PACER system, for this action, the parties served are as follows:

| **Name** | **Email Address** | **Party** |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | *In Pro Se* – Plaintiff |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |

PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, Case No. C 07-05756 SI

I further declare under penalty of perjury under the laws of the United States that the above is true ad correct.

Executed on May 27, 2008, at Stockton, California 95206.

/s/

By _____

SAMUEL BERNARD JOHNSON III
*IN PRO SE* - PLAINTIFF

2
PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, Case No. C 07-05756 SI