1 | SAMUEL BERNARD JOHNSON III
2 | 4420 Abruzzi Circle
  | Stockton, California 95206
  | (209) 982-5904 - Telephone
3 | Blakviii@aol.com - Email

4 | *In Pro Se* - Plaintiff

5 | ROBERT D. EASSA (SBN: 107970)
  | DELIA A. ISVORANU (SBN: 226750)
6 | **FILICE BROWN EASSA & MCLEOD LLP**
  | 1999 Harrison Street, 18th Floor
7 | Oakland, California 94612
  | (510) 444-3131 - Telephone
8 | (510) 839-7940 – Facsimile
  | disvoranu@filicebrown.com - Email

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| SAMUEL BERNARD JOHNSON III, | Case No.:   C 07-05756 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12** |
| vs. | |
| CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10, | |
| Defendants | |

Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") and Delia A. Isvoranu of Filice Brown Eassa & McLeod LLP, (hereinafter referred to as "Counsel for Chevron") hereby stipulate pursuant to Civil Local Rules 7-11 and 7-12 to the following:

**Notice and Supporting Papers**

Plaintiff Johnson is allowed to exceed the twenty-five (25) page limitation to file a motion as governed by Civ. L.R. 7-2(b). The parties further stipulate that Plaintiff's Memorandum In Support of Motion for Leave to File A First Amended Complaint shall not exceed thirty (30) pages.

**Opposition**

Counsel for Chevron is allowed to exceed the twenty-five (25) page limitation to file an Opposition to Plaintiff's Memorandum In Support of Motion for Leave to File A First Amended Complaint as governed by Civ. L.R. 7-3(a) and 7-4(b). The parties further stipulate that Defendant' Opposition to Plaintiff's Memorandum In Support of Motion for Leave to File A First Amended Complaint shall not exceed thirty (30) pages.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/

Dated: May 29, 2008         By _____

SAMUEL BERNARD JOHNSON III
*IN PRO SE* - PLAINTIFF

1
STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12, Case No. C 07-05756 SI

Dated: May 29, 2008					FILICE BROWN EASSA & MCLEOD LLP

						/s/
					By _____
						ROBERT D. EASSA
						DELIA A. ISVORANU

						Attorneys for Defendants
						Chevron Corporation and
						Chevron Environmental Management
						Company

**IT IS HEREBY STIPULATED AND ORDERED:**

Dated this _____ day of June 2008		_____
						HONORABLE SUSAN ILLSTON
						UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                    Defendants | Case No.:   C 07-05756 SI<br><br>**PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM** |

I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

On May 29, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

**1.    STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12; AND**

**2.    PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM.**

The ECF System is designed to send an email message to all parties in this action, which constitutes service. According to the ECF/PACER system, for this action, the parties served are as follows:

| **Name** | **Email Address** | **Party** |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | *In Pro Se* – Plaintiff |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |

1
PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, Case No. C 07-05756 SI

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 29, 2008, at Stockton, California 95206.

/s/

By _____

SAMUEL BERNARD JOHNSON III
*IN PRO SE* - PLAINTIFF

2
PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, Case No. C 07-05756 SI