SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
Blakviii@aol.com - Email

*In Pro Se* - Plaintiff

ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, California 94612
(510) 444-3131 - Telephone
(510) 839-7940 – Facsimile
disvoranu@filicebrown.com - Email

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                    Defendants | Case No.:   C 07-05756 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12** |

Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") and Delia A. Isvoranu of Filice Brown Eassa & McLeod LLP, (hereinafter referred to as "Counsel for Chevron") hereby stipulate pursuant to Civil Local Rules 7-11 and 7-12 to the following:

**Notice and Supporting Papers**

Plaintiff Johnson is allowed to exceed the twenty-five (25) page limitation to file a motion as governed by Civ. L.R. 7-2(b). The parties further stipulate that Plaintiff's Memorandum In Support of Motion for Leave to File A First Amended Complaint shall not exceed thirty (30) pages.

**Opposition**

Counsel for Chevron is allowed to exceed the twenty-five (25) page limitation to file an Opposition to Plaintiff's Memorandum In Support of Motion for Leave to File A First Amended Complaint as governed by Civ. L.R. 7-3(a) and 7-4(b). The parties further stipulate that Defendant' Opposition to Plaintiff's Memorandum In Support of Motion for Leave to File A First Amended Complaint shall not exceed thirty (30) pages.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/

Dated: May 29, 2008                     By _____
                                        SAMUEL BERNARD JOHNSON III
                                        *IN PRO SE* - PLAINTIFF

1
STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12, Case No. C 07-05756 SI

Dated:  May 29, 2008                                FILICE BROWN EASSA & MCLEOD LLP

                                                                    /s/
                                                    By _____
                                                        ROBERT D. EASSA
                                                        DELIA A. ISVORANU

                                                        Attorneys for Defendants
                                                        Chevron Corporation and
                                                        Chevron Environmental Management
                                                        Company

**IT IS HEREBY STIPULATED AND ORDERED:**

Dated this  2nd  day of June 2008            _____
                                                        HONORABLE SUSAN ILLSTON
                                                        UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING
PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT
PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12, Case No. C 07-05756 SI

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>            Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>            Defendants | Case No.:  C 07-05756 SI<br><br>**PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM** |

   I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

   On May 29, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

   **1.    STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS REGARDING PLAINTIFF'S AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12; AND**

   **2.    PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM.**

   The ECF System is designed to send an email message to all parties in this action, which constitutes service.  According to the ECF/PACER system, for this action, the parties served are as follows:

| Name | Email Address | Party |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | *In Pro Se* – Plaintiff |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 29, 2008, at Stockton, California 95206.

/s/

By _____

SAMUEL BERNARD JOHNSON III
*IN PRO SE* - PLAINTIFF

2
PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, Case No. C 07-05756 SI