SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff – *In Pro Se*

ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, California 94612
(510) 444-3131 - Telephone
(510) 839-7940 – Facsimile
disvoranu@filicebrown.com - Email

Attorneys for Defendants
CHEVRON CORPORATION and
CHEVRON ENVIRONMENTAL
MANAGEMENT COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                          Plaintiff,<br><br>            vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                          Defendants | Case No.:   C 07-05756 SI  (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, CIVIL LOCAL RULES 7-12 AND 79-5(c)** |

STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c), Case No. C 07-05756 SI (JCS)

Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") and Delia A. Isvoranu of Filice Brown Eassa & McLeod LLP (hereinafter referred to as "Counsel for Chevron") hereby stipulate to file Exhibit A to Plaintiff's Memorandum In Support of Motion For Leave to File A First Amended Complaint under seal pursuant to the Honorable Susan Ilston's Pretrial Preparation Order (Corrected) filed on May 22, 2008, Standing Order at Section 3 and Civil Local Rules 7-12 and 79-5(c).

**THE PARTIES HEREBY STIPULATE** that the following documents shall be filed under seal:

| Document Description | Court Docket # | Date Filed | To Be Filed By |
|---|---|---|---|
| Exhibit A to Plaintiff's Memorandum In Support of Motion For Leave to File A First Amended Complaint | N/A (not yet filed) | N/A (not yet filed) | Plaintiff |

**THE PARTIES FURTHER STIPULATE** that the following sections of Exhibit A to Plaintiff's Memorandum In Support of Motion For Leave to File A First Amended Complaint under seal pursuant to the Honorable Susan Ilston's Pretrial Preparation Order (Corrected) filed on May 22, 2008, Standing Order at Section 3 and Civil Local Rules 7-12 and 79-5(c):

| 6:7 | 6:17 | 7:25-26 | 10:10 |
|---|---|---|---|
| 10:16 | 28:11 | 49:11 | 49:17 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/

Dated:  June 11, 2008          By _____

SAMUEL BERNARD JOHNSON III
PLAINTIFF - *IN PRO SE*

1
STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c), Case No. C 07-05756 SI (JCS)

1

2

3    Dated: June 11, 2008                        FILICE BROWN EASSA & MCLEOD LLP

4
                                                            /s/
5
                                         By _____
6
                                              ROBERT D. EASSA
7                                             DELIA A. ISVORANU

8
                                              Attorneys for Defendants
9                                             CHEVRON CORPORATION and
                                              CHEVRON ENVIRONMENTAL
10                                            MANAGEMENT COMPANY

11

12          **IT IS HEREBY STIPULATED AND ORDERED.**

13

14

15   Dated this _____ day of June 2008
                                         _____
16                                            HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28
                                          2
                 STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S
                 MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED
                 COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL
                 PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT
                 SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c), Case No. C 07-05756 SI (JCS)