SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
Blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>　　　　　　　Defendants | Case No.:   C 07-05756 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

**GOOD CAUSE APPEARING:**

This matter having come before the Court on Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") Motion For Leave to File a First Amended Complaint and the Court having read and considered the briefs and arguments of all parties and all other matters presented to the Court in connection with Plaintiff Johnson's Motion for Leave to File a First Amended Complaint.

**IT IS HEREBY ORDERED THAT:**

Plaintiff Johnson's Motion for Leave to File a First Amended Complaint is **GRANTED**.

Dated this _____ day of July 2008

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE