1  SAMUEL BERNARD JOHNSON III
2  4420 Abruzzi Circle
   Stockton, California 95206
3  (209) 982-5904 - Telephone
   blakviii@aol.com - Email

4  Plaintiff – *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                    Defendants | Case No.:   C 07-05756 SI  (JCS)<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT "DOCUMENT FILED UNDER SEAL"** |

Regarding:  EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, "DOCUMENT FILED UNDER SEAL"

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____Voluminous Document (PDF file size larger then e-filing allowances)

_____Unable to Scan Documents

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

__X__Item Under Seal

_____Conformance with the Judicial Conference Privacy Conference Policy
     (General Order 53)

_____Other (description):_____

Date this 11th day of June 2008                                    /s/
                                                    _____
                                                    SAMUEL BERNARD JOHNSON III

MANUAL FILING NOTIFICATION OF EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT "DOCUMENT FILED UNDER SEAL", Case No. C 07-05756 SI (JCS)