1  SAMUEL BERNARD JOHNSON III
2  4420 Abruzzi Circle
   Stockton, California 95206
3  (209) 982-5904 - Telephone
   blakviii@aol.com - Email

4  Plaintiff – *In Pro Se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                    Defendants | Case No.:  C 07-05756 SI  (JCS)<br><br>**PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM AND HAND DELIVERY** |

I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

On June 12, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

1. **PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**

2. **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**

3. **EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**

4. **DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT;**

5. **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

6. **STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c);**

7. **MANUAL FILING NOTIFICATION OF EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT "DOCUMENT FILED UNDER SEAL"; AND**

8. **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM AND HAND DELIVERY.**

The ECF System is designed to send an email message to all parties in this action, which constitutes service. According to the ECF/PACER system, for this action, the parties served are as follows:

| Name | Email Address | Party |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | Plaintiff – *In Pro Se* |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |

On June 13, 2008, I also hand delivered the following pleadings:

1. **EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT "DOCUMENT FILED UNDER SEAL"**

The above pleading was addressed and hand delivered to the following person(s):

> ROBERT D. EASSA
> DELIA A. ISVORANU
> **FILICE BROWN EASSA & MCLEOD LLP**
> 1999 Harrison Street, 18th Floor
> Oakland, California 94612
> (510) 444-3131 - Telephone
> (510) 839-7940 – Facsimile

I further declare under penalty of perjury under the laws of the United States that the above is true ad correct.

Executed on June 12, 2008, at Stockton, California 95206.

/s/

By _____

SAMUEL BERNARD JOHNSON III
PLAINTIFF - *IN PRO SE*