IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL B JOHNSON III,  No. C 07-05756SI

    Plaintiff,  **NOTICE**

v.

CHEVRON CORPORATION,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for leave to amend has been continued to Friday, August 22, 2008, at 9:00 a.m.

Dated: June 16, 2008

RICHARD W. WIEKING, Clerk



_____
Tracy Sutton
Deputy Clerk