SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10, inclusive<br><br>                Defendants | Case No.: C 07-05756 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME,
Case No. C 07-05756 SI (JCS)

**GOOD CAUSE APPEARING:**

This matter having come before the Court on Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") Ex Parte Motion to Shorten Time and the Court having read and reviewed such, any pleadings filed in opposition to such and for good cause appearing

**IT IS HEREBY ORDERED THAT:**

Plaintiff Johnson's Ex Parte Motion for Leave to Shorten Time is **GRANTED**

Dated this _____ day of June 2008

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE