SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10, inclusive<br><br>                Defendants | Case No.:  C 07-05756 SI (JCS)<br><br>**PROPOSED] ORDER SETTING BRIEFING SCHEDULE PERTAINING TO PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME,
Case No. C 07-05756 SI (JCS)

**IT IS HEREBY ORDERED THAT:**

The following briefing schedule is set pertaining to Plaintiff's Ex Parte Motion to Shorten Time:

1. Defendants' Opposition to Plaintiff's Ex Parte Motion to Shorten Time shall be filed with the Court by Wednesday, June 18, 2008;

2. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Ex Parte Motion to Shorten time shall be filed with the Court by Thursday, June 19, 2008;

3. Thereafter the Court will issue a ruling on Plaintiff's Ex Parte Motion to Shorten Time.

Dated this _____ day of June 2008

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME,
Case No. C 07-05756 SI (JCS)