SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff – *In Pro Se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III, | Case No.:  C 07-05756 SI  (JCS) |
| Plaintiff, | **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM** |
| vs. | |
| CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10, | |
| Defendants | |

I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

On June 17, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

1. **PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME;**

2. **DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME;**

3. **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME;**

4. **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE PERTAINING TO PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME; AND**

5. **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM.**

The ECF System is designed to send an email message to all parties in this action, which constitutes service. According to the ECF/PACER system, for this action, the parties served are as follows:

| Name | Email Address | Party |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | Plaintiff – *In Pro Se* |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |

I further declare under penalty of perjury under the laws of the United States that the above is true ad correct.

Executed on June 17, 2008, at Stockton, California 95206.

/s/

By _____
    SAMUEL BERNARD JOHNSON III
    PLAINTIFF - *IN PRO SE*