1  SAMUEL BERNARD JOHNSON III
   4420 Abruzzi Circle
2  Stockton, California 95206
   (209) 982-5904 - Telephone
3  blakviii@aol.com - Email

4  Plaintiff – *In Pro Se*

5  ROBERT D. EASSA (SBN: 107970)
   DELIA A. ISVORANU (SBN: 226750)
6  **FILICE BROWN EASSA & MCLEOD LLP**
   1999 Harrison Street, 18th Floor
7  Oakland, California 94612
   (510) 444-3131 - Telephone
8  (510) 839-7940 – Facsimile
   disvoranu@filicebrown.com - Email
9

10 Attorneys for Defendants
   CHEVRON CORPORATION and
11 CHEVRON ENVIRONMENTAL
   MANAGEMENT COMPANY
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>Defendants | Case No.:  C 07-05756 SI  (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, CIVIL LOCAL RULES 7-12 AND 79-5(c)** |

STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c), Case No. C 07-05756 SI (JCS)

1  Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") and Delia A.
2  Isvoranu of Filice Brown Eassa & McLeod LLP (hereinafter referred to as "Counsel for
3  Chevron") hereby stipulate to file Exhibit A to Plaintiff's Memorandum In Support of Motion
4  For Leave to File A First Amended Complaint under seal pursuant to the Honorable Susan
5  Ilston's Pretrial Preparation Order (Corrected) filed on May 22, 2008, Standing Order at Section
6  3 and Civil Local Rules 7-12 and 79-5(c).

**THE PARTIES HEREBY STIPULATE** that the following documents shall be filed under seal:

| Document Description | Court Docket # | Date Filed | To Be Filed By |
|---|---|---|---|
| Exhibit A to Plaintiff's Memorandum In Support of Motion For Leave to File A First Amended Complaint | N/A (not yet filed) | N/A (not yet filed) | Plaintiff |

**THE PARTIES FURTHER STIPULATE** that the following sections of Exhibit A to Plaintiff's Memorandum In Support of Motion For Leave to File A First Amended Complaint under seal pursuant to the Honorable Susan Ilston's Pretrial Preparation Order (Corrected) filed on May 22, 2008, Standing Order at Section 3 and Civil Local Rules 7-12 and 79-5(c):

| 6:7 | 6:17 | 7:25-26 | 10:10 |
|---|---|---|---|
| 10:16 | 28:11 | 49:11 | 49:17 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

                                                        /s/
Dated:  June 11, 2008                By _____
                                        SAMUEL BERNARD JOHNSON III
                                        PLAINTIFF - *IN PRO SE*

1
STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S
MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED
COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL
PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT
SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c), Case No. C 07-05756 SI (JCS)

| | |
|---|---|
| Dated: June 11, 2008 | FILICE BROWN EASSA & MCLEOD LLP |
| | /s/ |
| | By _____ |
| | ROBERT D. EASSA |
| | DELIA A. ISVORANU |
| | |
| | Attorneys for Defendants |
| | CHEVRON CORPORATION and |
| | CHEVRON ENVIRONMENTAL |
| | MANAGEMENT COMPANY |

**IT IS HEREBY STIPULATED AND ORDERED.**

Dated this _____ day of June 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBIT A TO PLAINTIFF'S
MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED
COMPLAINT UNDER SEAL PURSUANT TO THE HONORABLE SUSAN ILLSTON'S PRETRIAL
PREPARATION ORDER (CORRECTED) FILED ON MAY 22, 2008, STANDING ORDER AT
SECTION 3, AND CIVIL LOCAL RULES 7-12 AND 79-5(c), Case No. C 07-05756 SI (JCS)