SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                 Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>                 Defendants | Case No.:  C 07-05756 SI (JCS)<br><br>**DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED)PRETRIAL SCHEDULING ORDER** |

I, Samuel Bernard Johnson III, (hereinafter referred as "Plaintiff Johnson") am the Plaintiff in the within action declare the following:

1. That I am the Plaintiff in this action and that I make this Declaration on personal knowledge in support of Plaintiff Johnson's Ex Parte Motion to Modify the Court's May 22, 2008, (Corrected) Pretrial Scheduling Order in this action.

2. This action arises out of a wrongful employment termination wherein Plaintiff Johnson alleges that, during his employment, he was harassed, discriminated and retaliated against on the basis of his race, (confidential medical condition already in the Court's record) and for complaining of alleged unlawful discriminatory and retaliatory employments practices that others as well as he were being subjected to. Plaintiff Johnson also alleges that after others participated in a protected activity they were subjected to retaliation by Chevron Corporation, Chevron Environmental Management Company and DOES 1-10, (hereinafter referred to as the Chevron Defendants"). Plaintiff Johnson further alleges that during and after the Chevron Defendants conducted their Human Resources/Employee Relations department investigations that he was subjected to further discriminatory employment practices in the form of harassment, discrimination, a hostile work environment and retaliation for participating in a protected activity that culminated in Plaintiff Johnson's employment being wrongfully terminated on August 7, 2006.

3. Plaintiff Johnson commenced this action on November 14, 2007.

4. On or after November 14, 2007, this action was assigned to Chief Magistrate James Larson.

5. On December 3, 2007, Chief Magistrate James Larson assigned this action to the Honorable William H. Alsup.

6. On January 15, 2008, the Honorable William H. Alsup stayed this action as well as referred it to the Bar Assocation of San Francisco.

7. On March 24, 2008, the Honorable William H. Alsup lifted the stay in this action.

8. On April 16, 2008, the parties submitted a Joint Case Management Statement to the Court;

9. On April 24, 2008, the parties conducted a Case Management Conference before the Honorable William H. Alsup.

10. On April 24, 2008, the Honorable William H. Alsup recused himself from this action.

11. On April 24, 2008. this action was also referred to the Court's Executive Committee for reassignment.

12. On April 25, 2008, the Court's Executive Committee assigned this action to the Honorable Susan Illston.

13. On May 9, 2008, the parties submitted a Joint Case Management Statement to the Court,

14. On May 14, 2008, Plaintiff Johnson pounded discovery on the Chevron Defendants as the parties had conducted a meet and confer pursuant to Federal Rules of Civil Procedure 26(f) and ADR L.r. 3-5.

15. On May 21, 2008, the parties conducted a Case Management Conference before the Honorable Susan Illston.

16. On May 22, 2008, the Honorable Susan Illston issued a (Corrected) Pretrial Scheduling Order.

17. On May 23, 2008, the parties exchanged his Initial Disclosure with Counsel for Chevron.

18. On June 1, 2008, the parties submitted a Stipulated Protected Order for the Court's review and approval.

19. On June 2, 2008, the Honorable Susan Illston conformed the parties Stipulated Protective Order.

20. Plaintiff Johnson has been diligently pursing discovery in this action. On May 14, 2008, Plaintiff Johnson starting propounding discovery on the defendants in this action. The below is a complete list of discovery that has been propounded by Plaintiff Johnson:

| Discovery Propounded | Propounded Date | Due Date | Complied With Due Date | Extension Date |
|---|---|---|---|---|
| Plaintiff's Request for Admissions to Defendant | 6/2/2008 | 7/2/2008; 7/16/2008 | Originally due July 2, 2008. Parties agreed to a | 7/25/2008 |

| Discovery Propounded | Propounded Date | Due Date | Complied With Due Date | Extension Date |
|---|---|---|---|---|
| Chevron Corporation, Set One | | | two week extension, which made the new date 7/16/2008. Defendants requested another extension and Plaintiff Johnson granted such. New due date is Now. July 25, 2008. | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set One | 6/2/2008 | 7/2/2008; 7/16/2008 | Originally due July 2, 2008. Parties agreed to a two week extension, which made the new date 7/16/2008. Defendants requested another extension and Plaintiff Johnson granted such. New due date is Now. July 25, 2008. | 7/25/2008 |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Two | 7/3/2008 | 8/4/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set Two | 7/3/2008 | 8/4/2008 | | |
| Plaintiff's request for Admissions to Defendant Chevron Corporation, Set Three | 7/21/2008 | 8/20/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company Set Three | 7/21/2008 | 8/20/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Four | 7/21/2008 | 8/20/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, | 7/21/2008 | 8/20/2008 | | |

3
DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

| Discovery Propounded | Propounded Date | Due Date | Complied With Due Date | Extension Date |
|---|---|---|---|---|
| Set Four | | | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Five | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set Five | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Six | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set Six | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Seven | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set Seven | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Eight | 7/22/2008 | 8/21/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set Eight | 7/23/2008 | 8/22/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Nine | 7/23/2008 | 8/22/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental | 7/23/2008 | 8/22/2008 | | |

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

| Discovery Propounded | Propounded Date | Due Date | Complied With Due Date | Extension Date |
|---|---|---|---|---|
| Management Company, Set Nine | | | | |
| Plaintiff's Request for Admissions to Defendant Chevron Corporation, Set Ten | 7/23/2008 | 8/22/2008 | | |
| Plaintiff's Request for Admissions to Defendant Chevron Environmental Management Company, Set Ten | 7/23/2008 | 8/22/2008 | | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set One | 6/2/2008 | 6/17/2008 | Defective due to exceeding 25 Roggs per Rule 33. Defendants have complied with this discovery request. Re-propounded on June 28, 2008. | N/A |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set One | 6/2/2008 | 6/17/2008 | Defective due to exceeding 25 Roggs per Rule 33. Defendants have complied with this discovery request. Re-propounded on June 28, 2008. | N/A |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Two | 6/28/2008 | 7/28/2008 | | |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set Two | 6/28/2008 | 7/30/2008 | Ms. Isvoranu stated that Proof of Service was not signed. Served an Amended Proof of Service with service date of June 30, 2008. Now due July 30, 2008. | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Three | 6/30/2008 | 7/30/2008 | Ms. Isvoranu stated that Proof of Service was not signed. Served an Amended Proof of Service with service date of June 30, 2008. Now due July 30, 2008 | |

| Discovery Propounded | Propounded Date | Due Date | Complied With Due Date | Extension Date |
|---|---|---|---|---|
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set Three | 6/30/2008 | 8/4/2008[1] | | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Three | 6/30/2008 | 8/4/2008[2] | | |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set Three | 7/7/2008 | 8/7/2008[3] | | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Four | 7/7/2008 | 8/7/2008[4] | | |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set Four | 7/7/2008 | 8/7/2008[5] | | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Five | 7/3/2008 | 8/4/2008 | | |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set Five | 7/3/2008 | 8/4/2008 | | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Six | 7/7/2008 | 8/7/2008[6] | | |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, | 7/7/2008 | 8/7/2008[7] | | |

---

[1] Date in discovery states written responses are due on August 4, 2008. However, date of service was June 30, 2008. Given such, the written responses are actually due on July 30, 2008.
[2] Id.
[3] Date in discovery states written responses are due on August 7, 2008. However, date of service was July 7, 2008. Given such, the written responses are actually due on August 6, 2008.
[4] Id.
[5] Id.
[6] Id.

6
DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

| Discovery Propounded | Propounded Date | Due Date | Complied With Due Date | Extension Date |
|---|---|---|---|---|
| Set Six | | | | |
| Plaintiff's Interrogatories to Defendant Chevron Corporation, Set Seven | 7/21/2008 | 8/20/2008 | | |
| Plaintiff's Interrogatories to Defendant Chevron Environmental Management Company, Set Seven | 7/21/2008 | 8/20/2008 | | |
| Plaintiff's Request for Production of Documents to Defendant Chevron Corporation, Set One | 5/14/2008 | 6/17/2008 | | |
| Plaintiff's Request for Production of Documents to Defendant Chevron Environmental Management Company | 5/14/2008 | 6/17/2008 | | |

21. Counsel for Chevron raised objections to Plaintiff Johnson Request for Production of Documents, Set One to Defendants Chevron Corporation and Chevron Environmental Management Company on the grounds of a confidentiality and privacy rule.

22. On June 2, 2008, Counsel for Chevron served Plaintiff Johnson with Special Interrogatories, Set One.

23. On June 16, 2008, Plaintiff Johnson supplemented his initial disclosures.

24. On June 24, 2008, Counsel for Chevron directed First Reprographics to serve the following subpoenas:

| Name of Entity Records Sought From | Date Subpoena Served | Date for Production |
|---|---|---|
| Alphasoft Services Corporation | June 24, 2008 | July 10, 2008 |
| Sony Computer Entertainment America Inc. | June 24, 2008 | July 10, 2008 |

---

[7] Id.

7
DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

| | | |
|---|---|---|
| Ross Stores, Inc. | June 24, 2008 | July 10, 2008 |
| Morrison & Foerster LLP | June 24, 2008 | July 10, 2008 |
| LaFollette, Johnson, DeHaas, Fesler & Ames, LLP | June 24, 2008 | July 10, 2008 |
| Public Utilities Commission | June 24, 2008 | July 10, 2008 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | June 24, 2008 | July 10, 2008 |
| Berry & Berry, A Professional Corporation | June 24, 2008 | July 10, 2008 |
| Kaiser Permanente Stockton | June 24, 2008 | July 10, 2008 |
| Republic Indemnity Company of America | June 24, 2008 | July 10, 2008 |
| Kaiser Permanente Hospital – Medical Records, Hayward | June 24, 2008 | July 10, 2008 |
| Kaiser Permanente Hospital – Psychological Records, Hayward, California | June 24, 2008 | July 10, 2008 |
| Kaiser Permanente Hospital – Psychological Records, Stockton | June 24, 2008 | July 10, 2008 |
| Equal Employment Opportunity Commission, Oakland | June 24, 2008 | July 10, 2008 |
| Equal Employment Opportunity Commission – Legal Office, San Francisco, California | June 24, 2008 | July 10, 2008 |
| Department of Fair Employment & Housing, Oakland, California | June 24, 2008 | July 10, 2008 |

25.     On June 26, 2008, the parties conducted a telephonic meet and confer wherein Plaintiff Johnson informed Counsel for Chevron that the withheld discovery is needed in order to conduct depositions by Plaintiff Johnson. Plaintiff Johnson also informed Counsel for Chevron that defendants privacy and confidentiality rule could be invaded for litigation purposes. Given

8
DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

such, the defendants should produce the withheld discovery without further delay. Counsel for Chevron refused.

26. On June 26, 2008, during the telephonic meet and confer as well as thereafter, Plaintiff Johnson has requested a stipulation to have the September 30, 2008, and April 2009, trial date moved out. Counsel for Chevron has not provided Plaintiff Johnson with a response to his request even though Plaintiff Johnson has requested such on numerous occasions.

27. On June 30, 2008, Counsel for Chevron served Defendant Chevron Corporation's Request for Production of Documents, Set One on Plaintiff Johnson. Responses are due July 30, 2008.

28. On July 9, 2008, Plaintiff Johnson submitted a letter brief to the Honorable Joseph C. Spero to resolve the pending discovery dispute. Such was done following the unsuccessful efforts to resolve the issues informally with Counsel for Chevron.

29. On July 15, 2008, Counsel for Chevron filed its opposition to Plaintiff Johnson's July 19, 2008, letter brief.

30. On July 15, 2008, Plaintiff Johnson filed his reply to Counsel for Chevron's July 15, 2008, opposition.

31. On July 15, 2008, Plaintiff Johnson directed First Reprographics to serve the following third party subpoenas:

| Name of Entity Records Sought From | Date Subpoena Served | Date for Production |
|---|---|---|
| Equal Employment Opportunity Commission - Legal Office, San Francisco, California | July 15, 2008 | July 24, 2008 |
| Department of Fair Employment Housing, Sacramento, California | July 15, 2008 | July 24, 2008 |
| Equal Employment Opportunity Commission, Oakland, California | July 15, 2008 | July 24, 2008 |
| Employment Development Department, Sacramento, | July 15, 2008 | July 24, 2008 |

9
DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

| | | |
|---|---|---|
| California | | |
| Pacific Gas & Electric Corporation | July 15, 2008 | July 24, 2008 |
| California Department of Fair Employment & Housing, Oakland, California | July 15, 2008 | July 24, 2008 |

32. On July 16, 2008, Plaintiff Johnson filed a reply to Counsel for Chevron's July 15, 2008, opposition.

33. On July 16, 2008, Plaintiff Johnson provided responses to the defendants Special Interrogatories, Set One.

34. On July 18, 2008, Counsel for Chevron Objected to Plaintiff Johnson serving a subpoena on Pacific Gas & Electric Corporation.

35. On July 23, 2008, Plaintiff Johnson filed a letter brief with the Honorable Joseph C. Spero seeking to compel Pacific Gas & Electric Corporation, Counsel for Chevron and Defendants Chevron Corporation and Chevron Environmental Management Company to comply with the subpoena.  Counsel for Chevron's reply is due on July 28, 2008.

36. Due to the discovery dispute Plaintiff Johnson has not scheduled one single deposition in this action, including 36(b) depositions.  Plaintiff Johnson further informed Counsel for Chevron of this through emails and during the June 26, 2008, telephonic conference call.

37. Plaintiff Johnson also will be sending a letter within the next few days to address certain objections that Counsel for Chevron has raised when it responded to Plaintiff Johnson's Request for Production of Documents Set One and Interrogatories that were propounded on Defendants Chevron Corporation and Chevron Environmental Management Company.

38. Given the current outstanding discovery and the discovery dispute it will be literally impossible to complete let alone take depositions as Plaintiff Johnson will not have the needed discovery to properly depose any of the employees that he would like to have deposed.

39. Likewise, it will be difficult to schedule any 36(b) depositions due to the outstanding discovery and the discovery dispute that is currently before the Honorable Joseph C. Spero.

40. No other requests for enlargement of the pretrial dates or extension of time have been submitted by Plaintiff Johnson in this action. I'm requesting the following modifications to the May 22, 2008, (Corrected) Pretrial Scheduling Order.

| EVENT | CURRENT DATE | MODIFIED DATE |
|---|---|---|
| Non-Expert Discovery Cutoff | September 26, 2008 | [8] |
| Designation of Experts | October 10, 2008 | [9] |
| Further Case Management Conference | October 24, 2008 | [10] |
| Designation of Experts | January 16, 2009 | [11] |
| Expert Discovery Cut-off | November 21, 2008 | [12] |
| Dispositive Motions | January 16, 2009 | [13] |
|   Opposition | January 30, 2009 | [14] |
|   Reply | February 20, 2009 | [15] |
|   Hearing | February 20, 2009 | [16] |
| Pretrial Conference | April 7, 2009 | [17] |
| Jury Trial Date | April 20, 2009 | April 20, 2010 |

41. In the absence of a modification of the May 22, 2008, (Corrected) Pretrial Scheduling Order dates, it will be extremely difficult if not impossible to conduct meaningful discovery in this action. Plaintiff Johnson has an extremely meritorious action and is a well-respected legal professional. The defendants in this action repeated pattern and practice of subjecting Plaintiff Johnson to discriminatory and retaliatory employment practices as well as others stinks with the stench of racial discrimination and retaliation. Given such, it would be a

---

[8] Plaintiff Johnson respectfully request that the Court set the modified dates off the April 20, 2010, trial date.
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*
[13] *Id.*
[14] *Id.*
[15] *Id.*
[16] *Id.*
[17] *Id.*

11
DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

1 | travesty of justice to deny Plaintiff Johnson the opportunity to obtain the information he need to
2 | prove the allegations and claims that he has alleged in this action.
3 |     I declare under penalty of perjury under the laws of the United States of America that the
4 | following is true and correct.

6 | Dated this 29th day of July 2008        /s/
7 |     SAMUEL BERNARD JOHNSON III