SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10, inclusive<br><br>                    Defendants | Case No.:  C 07-05756 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING AND SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME TO FILE BRIEFS PERTAINING TO PLAINTIFF'S MOTION TO  MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER** |

**IT IS HEREBY ORDERED THAT:**

The following briefing schedule is set pertaining to Plaintiff's Ex Parte Motion to Shorten Time To File Briefs Regarding Plaintiff's Motion to Modify the Court's May 22, 2008 (Corrected) Pretrial Scheduling Order:

1. Defendants' opposition shall be filed on Friday, August 8, 2008;
2. Plaintiff's reply to defendants opposition shall be filed on Friday, August 15, 2008; and
3. A hearing on this motion is set for Friday, August 22, 2008 at 9:00 a.m. in Courtroom 19, 10th Floor before the Honorable Susan Illston.

Dated this _____ day of _____ 2008

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1

PROPOSED] ORDER GRANTING AND SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)