1  SAMUEL BERNARD JOHNSON III
2  4420 Abruzzi Circle
   Stockton, California 95206
3  (209) 982-5904 - Telephone
   blakviii@aol.com - Email

4  Plaintiff – *In Pro Se*

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

12 | SAMUEL BERNARD JOHNSON III,      | Case No.:   C 07-05756 SI  (JCS)
13 |                        Plaintiff, | **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM**
14 |             vs.                   |
15 | CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,
16
17
18
19 |                        Defendants  |

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, CASE NO. C 07-05756 SI (JCS)

I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

On July 29, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

1. **NOTICE OF MOTION OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER;**

2. **PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME TO FILE BRIEFS REGARDING PLAINTIFF'S MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED) PRETRIAL SCHEDULING ORDER;**

3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORRT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED PRETRIAL SCHEDULING ORDER;**

4. **DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, PRETRIAL SCHEDULING ORDER;**

5. **[PROPOSED] ORDER GRANTING AND SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S EX PARTE MOTION TO SHORTEN TIME TO FILE BRIEFS PERTAINING TO PLAINTIFF'S MOTION TO MODIFY THE COURT'S (CORRECTED) PRETRIAL SCHEDULING ORDER; AND**

6. **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM.**

The ECF System is designed to send an email message to all parties in this action, which constitutes service. According to the ECF/PACER system, for this action, the parties served are as follows:

| Name | Email Address | Party |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | Plaintiff – *In Pro Se* |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |
| Jody I. Lewitter, Esq. Siegel & LeWitter 1939 Harrison Street, Suite 307 Oakland, California 94612 | Notice by other means | Court Appointed Mediator |

PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, CASE NO. C 07-05756 SI (JCS)

1

I further declare under penalty of perjury under the laws of the United States that the above is true ad correct.

Executed on July 29, 2008, at Stockton, California 95206.

/s/
By _____
SAMUEL BERNARD JOHNSON III
PLAINTIFF - *IN PRO SE*

1
PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM, CASE NO. C 07-05756 SI (JCS)