SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>　　　　　　　Defendants | Case No.:   C 07-05756 SI (JCS)<br><br>**NOTICE OF MOTION OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRONENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR  SANCTIONS**<br><br>**DATE:**  Friday, September 12, 2008<br><br>**TIME:**  9:30 a.m.<br><br>**COURTROOM:** A, 15th Floor<br><br>**JUDGE:**  Hon. Magistrate Joseph C. Spero |

NOTICE OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A
MEMORANDUM, CASE NO. C 07-05756 SI (JCS)

**TO DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") hereby moves this Court for an Order to Exceed Twenty-Five Page Limitation to File a Memorandum of Points and Authorities In Support of Plaintiff's Motion to Compel Discovery from Chevron Corporation, Chevron Environmental Management Company, Their Attorney of Record and Request for Sanction.  Such a motion is being requested pursuant to Civil Local Rules 7-4(b) and 7-11.

Plaintiff Johnson's motion is based on this Notice of Plaintiff's Motion to Exceed Twenty-Five Page Limitation To File A Memorandum, and Declaration of Samuel Bernard Johnson III In Support of Plaintiff's Motion to Exceed Twenty-Five Page Limitation to File a Memorandum of Points and Authorities In Support of Plaintiff's Motion to Compel Discovery and Request for Sanctions, the pleadings and records on file herein, and such additional materials and arguments as may be presented to the Court at or before the hearing on the Motion.

Dated this 4th day of August 2008                                    /s/
                                                                    _____
                                                                    SAMUEL BERNARD JOHNSON III