SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                 Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10, inclusive<br><br>                 Defendants | Case No.: C 07-05756 SI (JSC)<br><br>**PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS**<br><br>**DATE:** Friday, September 12, 2008<br><br>**TIME:** 9:30 a.m.<br><br>**COURTROOM:** A, 15th Floor<br><br>**JUDGE:** Hon. Magistrate Joseph C. Spero |

PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A
MEMORANDUM, CASE NO. C 07-05756 SI (JCS)

Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") hereby moves the Court for an order to exceed twenty-five pages as governed by Civil Local Rules 7.4(b) and 7-11.  The Order is needed in order for Plaintiff Johnson to file a Memorandum of Points and Authorities In Support of Plaintiff's Motion to Compel Discovery from Defendants Chevron Corporation, Chevron Environmental Management Company and Their Attorney of Record and Request for Sanctions.

Pursuant to the Honorable Magistrate Judge Joseph C. Spero's July 29, 2008, Order Plaintiff Johnson is providing an explanation as to why the withheld discovery as referenced in his July 10, July 15 and July 16, 2008, letter briefs to the Court should be compelled to be produced from the defendants and the attorney of record in this action.  Given the breadth of withheld discovery, nearly twenty-five discovery requests, Plaintiff Johnson had to exceed the twenty-five page limitation to file a memorandum in this action in order to provide the Court with the following:

1. Plaintiff's Discovery Request No.;
2. Defendants Responses to Plaintiff's Discovery Request No.;
3. Defendants Supplemental and Amended Response to Plaintiff's Discovery Request No.; and
4. Plaintiff Johnson's Basis for the Requested Discovery.

For the reasons as stated herein, Plaintiff Johnson requests that the Court grant the relief that he seeks by the filing of Plaintiff's Motion To Exceed Twenty-Five Page Limitation to File a Memorandum.

/s/

Dated this 4th day of August 2008            SAMUEL BERNARD JOHNSON III