SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>       Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>       Defendants | Case No.:   C 07-05756 SI (JCS)<br><br>**DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRONENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR  SANCTIONS** |

I, Samuel Bernard Johnson III, (hereinafter referred as "Plaintiff Johnson") am the Plaintiff in the within action declare the following:

1.     On August 2, 2008, by way of email I informed Delia A. Isvoranu, Esq. of Filice Brown Eassa & McLeod LLP (hereinafter referred to as "Counsel for Chevron) that I would be filing a Motion to Compel Discovery from Chevron Corporation, Chevron Environmental Management Company and Their Attorney of Record. See Exhibit A, August 2, 2008, email starting at 10:23 a.m. until 10:55 a.m between Plaintiff Johnson and Counsel for Chevron.

2.     On August 2, 2008, by way of email I also informed Counsel for Chevron that due to the amount of discovery that was withheld that I would need to exceed the twenty-five page limitation in filing my memorandum. *Id.* at Exhibit A.

3.     On August 2, 2008, by way of email I ascertained if Counsel for Chevron would provide me with a stipulation. *Id* at Exhibit A.

4.     On August 2, 2008, by way of email Counsel for Chevron stated that she would not provide me with a stipulation to submit to the Court stating that the parties were in agreement that due to the amount of withheld discovery that Plaintiff Johnson would need to exceed the twenty-five page limitation in order to file his memorandum in support of such. *Id.* at Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated this 4th day of August 2008        /s/

                                         SAMUEL BERNARD JOHNSON III

1

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM,
CASE NO. C 07-05756 SI (JCS)

# EXHIBIT A

**Subject:** Re: Stipulation

**Date:** 8/2/2008 10:55:43 A.M. Pacific Daylight Time

**From:** disvoranu@filicebrown.com

**To:** blakviii@aol.com

*Sent from the Internet (Details)*

Please advise the court that I will not stipulate given that I do not belive a motion is proper.

Thanks.

Delia

-----Original Message-----

From: blakviii@aol.com <blakviii@aol.com>

To: Delia Isvoranu

Sent: Sat Aug 02 10:52:54 2008

Subject: Re: Stipulation

Ok, Ill advise the court that you will not provide a stipulation. As Judge Spero stated I did not provide him with the basis for why the requested records were needed. He also denied the compelling of the pge subpoeona do to an alleged unilateral agreement by me. That is not true and the motion to compel will prove that. Given such I have a brief to write.

Sent from my Verizon Wireless BlackBerry

-----Original Message-----

From: "Delia Isvoranu" disvoranu@filicebrown.com

1

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION
TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM,
CASE NO. C 07-05756 SI (JCS)

1. Date: Sat, 2 Aug 2008 10:44:46
2. To: <blakviii@aol.com>
3. Subject: Re: Stipulation
4. Samuel,
5. Again, this is just the RFPs regarding the personnel records as those were the only ones at issue in
6. Judge Spero's order? Also, the Order did not ask for a full briefing, so I will object to the Motion.
7. Thanks,
8. Delia

-----Original Message-----
From: blakviii@aol.com <blakviii@aol.com>
To: Delia Isvoranu
Sent: Sat Aug 02 10:42:24 2008
Subject: Re: Stipulation

Delia we this is based on the first rfps and Judge Spero's order. I'm doing a full briefing. If this does not make sense please call me to discuss. Samuel

------Original Message------
From: Delia I
To: blakviii@aol.com
Subject: Re: Stipulation
Sent: Aug 2, 2008 10:28 AM

Samuel,

Which RFPs are you referring to? We have not met and conferred (unless you are referring to the personnel record RFPs)and therefore, should set a time to discuss them. Finally, I will not stipulate given that the court's rules require a 3 page letter (as you have previously pointed out) and the Northern District

2

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION
TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM,
CASE NO. C 07-05756 SI (JCS)

1  does not accept Motions to Compel instead of the "etter.

2  Delia

3

4  -----Original Message-----

5  From: blakviii@aol.com <blakviii@aol.com>

6  To: Delia Isvoranu

7  Sent: Sat Aug 02 10:23:24 2008

8  Subject: Stipulation

9  Delia since you have refused to produce over 15 rfps I'm going to need a stipulation to exceed 25 page

10  limitation. Please let me know if you will agree. Ill then prepare the stipulation. Samuel

11  Sent from my Verizon Wireless BlackBerry

12  **********************************************************

13  IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations

14  governing tax practice, you are hereby advised that any written tax advice

15  contained herein was not written or intended to be used (and cannot be used)

16  by any taxpayer for the purpose of avoiding penalties that may be imposed

17  under the U.S. Internal Revenue Code.

18  **********************************************************

19  CONFIDENTIALITY NOTICE:

20  This electronic message may contain information that is confidential and/or

21  legally privileged. Any use, review, dissemination, distribution, or copying

22  of this transmission by anyone other than the intended recipient is strictly

23  prohibited. If you have received this message in error, please immediately

24  notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at

25  (510) 444-3131 and delete the original message. Thank you.

26  Sent from my Verizon Wireless BlackBerry

27  **********************************************************

28  ///

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION
TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM,
CASE NO. C 07-05756 SI (JCS)

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

4

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM, CASE NO. C 07-05756 SI (JCS)