SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>       Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>       Defendants | Case No.:  C 07-05756 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATON TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS** |

The Court having read and considered Plaintiff Johnson's motion to exceed the twenty-five page limitation and as good cause does appear, the motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated this _____day of August 2008

HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE