SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>　　　　　　　　Defendants | Case No.:  C 07-05756 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS** |

The Court having read and considered the briefs and arguments of counsel and all other matters presented to the Court in connection with Plaintiff's Motion to Compel Discovery and Request for Sanctions, the motion is hereby **GRANTED**. Defendants Chevron Corporation, Chevron Environmental Management Company and their attorney of record are to produce the requested discovery within _____, days of this Order.

**IT IS FURTHER ORDERED** that Delia A. Isvoranu, Esq. of Filice Brown Eassa & McLeod, LLP and Defendants Chevron Corporation and Chevron Environmental Management Company shall be sanctioned in the dollar amount of $_____. The Court also orders that all of Plaintiff Johnson's costs in bringing the Motion to Compel and Request for Sanctions be reimbursed.

**IT IS SO ORDERED**.

Dated this _____day of August 2008

HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE