SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff – *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>　　　　　　　　Defendants | Case No.:   C 07-05756 SI  (JCS)<br><br>**PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM** |

1 | I am at least eighteen (18) years of age and a residence and live in San Joaquin County. My residence address is: 4420 Abruzzi Circle, Stockton, California 95206.

On August 4, 2008, using the Northern District of California's Electronic Case Filing System, (hereinafter referred to as the "ECF System"), with the ECF ID registered to Samuel Bernard Johnson III, I filed and served the following document(s) described as:

1. **NOTICE OF MOTION OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTION OF MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS;**

2. **PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS;**

3. **DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS;**

4. **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED TWENTY-FIVE PAGE LIMITATION TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORDS AND REQUEST FOR SANCTIONS;**

5. **NOTICE OF MOTION OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS;**

6. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT CMOPANY; THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS;**

7. **DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS;**

8. **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD AND REQUEST FOR SANCTIONS; AND**

9. **PROOF OF SERVICE BY ELECTRONIC CASE FILING SYSTEM.**

The ECF System is designed to send an email message to all parties in this action, which constitutes service. According to the ECF/PACER system, for this action, the parties served are as follows:

| Name | Email Address | Party |
|---|---|---|
| Samuel Bernard Johnson III | blakviii@aol.com | Plaintiff – *In Pro Se* |
| Delia A. Isvoranu | disvoranu@filicebrown.com | Attorney for Defendants |
| Jody I. Lewitter, Esq. Siegel & LeWitter 1939 Harrison Street, Suite 307 Oakland, California 94612 | Notice by other means | Court Appointed Mediator |

I further declare under penalty of perjury under the laws of the United States that the above is true ad correct.

Executed on August 4.2008, at Stockton, California 95206.

/s/

By _____

    SAMUEL BERNARD JOHNSON III
    PLAINTIFF - *IN PRO SE*