SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>               Plaintiff,<br><br>    vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, and DOES 1-10,<br><br>               Defendants | Case No.:   C 07-05756 SI (JCS)<br><br>**DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

I, Samuel Bernard Johnson III, (hereinafter referred as "Plaintiff Johnson") am the Plaintiff in the within action declare the following:

1.    On March 27, 2008, at 3:37 p.m. Counsel for Chevron sent an email to Plaintiff Johnson regarding know if Plaintiff Johnson wanted to stipulate to the dismissal of the individual defendants other than CEMC and Chevron Corp.  Given that the Case Management hearing was fast approaching she would nee to file a Motion to Dismiss by April 3, 2008, but was hesitant to start expending time and effort preparing it if the parties could reach an agreement. *See* Exhibit A, March 27, 2008, email from Counsel from Chevron to Plaintiff Johnson.

2.    On April 1, 2008, at 5:15 a.m. Counsel for Chevron sent Plaintiff Johnson and email stating  that she was on her way to the airport, but would make sure Plaintiff Johnson's email/pdf came through shortly when she arrive in her firm's Los Angeles office. *See* Exhibit B, April 1, 2008, email from Counsel for Chevron to Plaintiff Johnson.

3.    On April 1, 2008, at 7:30 p.m. Plaintiff Johnson sent an email to Counsel for Chevron informing her that for the first time he was made aware that Susan J. Solger was represented by an attorney and that Plaintiff Johnson should have been informed of such prior to entering into an agreement to stipulate to have Ms. Solger dismissed from this action. *See* Exhibit C April 1, 2008, email from Plaintiff Johnson to Counsel for Chevron.

4.    On April 1, 2008, at 7:42 p.m. Counsel for Chevron sent an email to Plaintiff Johnson stating where can I reach you?  Id.

5.    On April 1, 2008, Counsel for Chevron and Plaintiff Johnson conducted a telephonic meet and confer wherein Counsel for Chevron informed Plaintiff Johnson that she thought he knew that Ms. Solger was represented by Counsel.   Counsel for Chevron also informed Plaintiff Johnson that she had obtained authority from Ms. Solger's attorney to discuss and enter into a stipulation to dismiss her from this action.

6.    On April 1, 2008, during the telephonic meet and confer in ¶ 5, Plaintiff Johnson informed Counsel for Chevron that he was not aware that Ms. Solger was represented by an attorney and the Counsel for Chevron should of informed Plaintiff Johnson of such between the

1

parties between discussion pertaining to any type of agreement being reached to dismiss Ms. Solger or any of the previously dismissed defendants.

7.     That on August 6, 2008, I sent an email to Delia A. Isvoranu, Esq. of Filice Brown Eassa & McLeod LLP, (hereinafter referred to as "Counsel for Chevron") informing Counsel for Chevron that I have reviewed Defendants' Opposition to Plaintiff's Motion for Leave to File A First Amended Complaint, that I will be utilizing documents from the WCAB proceeding as well as the Federal Action as exhibits to my reply opposition. *See* Exhibit D, August 6, 2008, emails between Plaintiff Johnson and Counsel for Chevron.

8.     That in the email referenced in ¶ 7 above, I informed Counsel for Chevron that the time she referenced in her opposition as 10:30 p.m. was incorrect and was in fact 10:30 a.m..

9.     That in the email referenced in ¶ 7 above, that I informed Counsel for Chevron that I wanted to address the situation about the WCAB documents. That I further informed Counsel for Chevron that the letter that accompanied the documents was dated November 7, 2007. That I did not receive the documents until November 10, 2007, which was a Saturday as I was not home during the weekday to receive the materials.

10.     Attached hereto as Exhibit E is a true and correct copy of email communications from March 31, 2007 at 11:17 pm. until April 1, 2008 at 5:43 p.m. between Counsel for Chevron and Plaintiff Johnson regarding the agreement pertaining to dismissing the previously dismissed defendants in order to streamline this action for settlement purposes.

11.     Attached hereto as Exhibit F is a true and correct copy of CHEV03265 that was produced in the administrative proceeding entitled Samuel B. Johnson III v. Chevron Corporation, et al., State of California, Department of Industrial Relations, Division of Workers' Compensation, Workers' Compensation Appeals Board, STK 0206833.

12.     Attached hereto as Exhibit G is a true and correct copy of CVX 012397 that was produced in this action.

13.     Attached hereto as Exhibit H is a true and correct copy of CHEV03269 that was

2

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, CASE NO. C 07-05756 SI (JCS)

produced in the administrative proceeding entitled Samuel B. Johnson III v. Chevron Corporation, et al., State of California, Department of Industrial Relations, Division of Workers' Compensation, Workers' Compensation Appeals Board, STK 0206833.

14.     Attached hereto as Exhibit I is a true and correct copy of CHEV01448-CHEV01449 that was produced in the administrative proceeding entitled Samuel B. Johnson III v. Chevron Corporation, et al., State of California, Department of Industrial Relations, Division of Workers' Compensation, Workers' Compensation Appeals Board, STK 0206833.

15.     Attached hereto as Exhibit J is a true and correct copy of the shipping label that accompanied one of the three (3) boxes of documents that was produced in the Samuel B. Johnson III v. Chevron Corporation, et al., State of California, Department of Industrial Relations, Division of Workers' Compensation, Workers' Compensation Appeals Board, STK 0206833. Print date is November 7, 2007, which was the date of the documents were shipped from the office of Filice Brown Eassa & McLeod LLP.

Dated this 8th day of August 2008                            /s/

                                        SAMUEL BERNARD JOHNSON III

3

DECLARATION OF SAMUEL BERNARD JOHNSON III IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, CASE NO. C 07-05756 SI (JCS)

# EXHIBIT A

Subj:    **Re: Johnson v. Chevron Corporaiton Case No. C 07-05756 WHA**
Date:    3/27/2008 3:37:52 P.M. Pacific Daylight Time
From:    disvoranu@filicebrown.com
To:      BlakVIII@aol.com

Mr. Johnson,
Please advise me as soon as possible whether we can stipulate to the dismisaal of the individual defendants
other than CEMC and Chevron Corp. Given that the Case Management Hearing is fast approaching, I will need to
file our Motion to Dismiss by April 3, 2008, but am hesitant to start expending time and effort preparing it if we can
reach an agreement.
I am available all day tomorrow to discuss this issue as well as your intended request for 30-day continuance.
Please feel free to contact me at any time.
Best,
Delia

*************************************************************

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice
contained herein was not written or intended to be used (and cannot be used)
by any taxpayer for the purpose of avoiding penalties that may be imposed
under the U.S. Internal Revenue Code.
*************************************************************

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or
legally privileged. Any use, review, dissemination, distribution, or copying
of this transmission by anyone other than the intended recipient is strictly
prohibited. If you have received this message in error, please immediately
notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at
(510) 444-3131 and delete the original message. Thank you.

# EXHIBIT B

Subj:     **Re: Stipulation**
Date:     4/1/2008 5:15:13 A.M. Pacific Daylight Time
From:     disvoranu@filicebrown.com
To:        BlakVIII@aol.com

Good morning, Samuel. My apologies for not responding sooner-I accidentally left my blackberry in the car last night. I am currently on my way to the airport so I will make sure your email/pdf came through shortly, when I arrive at our LA office.
Thank you.

Delia

-----Original Message-----
From: BlakVIII@aol.com <BlakVIII@aol.com>
To: Delia Isvoranu
CC: BlakVIII@aol.com <BlakVIII@aol.com>
Sent: Mon Mar 31 21:03:35 2008
Subject: Re: Stipulation


Delia, here is page 2 of the Stipulation.  My first time sending this over two hours ago did not work.  So, I'm sending it again.  Please confirm receipt.  Thanks and take care for now.  Samuel.

In a message dated 3/31/2008 7:15:46 P.M. Pacific Daylight Time, disvoranu@filicebrown.com writes:

   Great. Thank you.

   Delia

------------------------------

From: BlakVIII@aol.com [mailto:BlakVIII@aol.com]
Sent: Monday, March 31, 2008 7:14 PM
To: Delia Isvoranu
Subject: Re: Stipulation


   Delia, this will confirm that I have received the stipulation.  I'll review it and if everything is fine I'll attempt to send you the signature page from home on tonight.  if, I'm unable to send it from home on tonight, then I will send it first thing in the morning.  Thank you for your courtesy and cooperation regarding this matter.  Take care for now.  Smauel.

   In a message dated 3/31/2008 6:57:43 P.M. Pacific Daylight Time, disvoranu@filicebrown.com writes:

      Mr. Johnson,
      Attached is the Stipulation. Again, my intent is to file this tomorrow so that the Court receives the request for continuance as soon as possible. Please email/PDF the signature page and I will efile it tomorrow evening (or I will have my secretary efile it in my absence tomorrow.)

      Thank you for your courtesy and cooperation.

      Regards,

      Delia

      Delia A. Isvoranu
      Filice Brown Eassa & McLeod LLP
      Lake Merritt Plaza
      1999 Harrison St. 18th Floor

Oakland, CA 94612
Tel:(510) 444-3131
www.filicebrown.com <http://www.filicebrown.com/>

*********************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice
contained herein was not written or intended to be used (and cannot be used)
by any taxpayer for the purpose of avoiding penalties that may be imposed
under the U.S. Internal Revenue Code.
*********************************************************

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or
legally privileged. Any use, review, dissemination, distribution, or copying
of this transmission by anyone other than the intended recipient is strictly
prohibited. If you have received this message in error, please immediately
notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at
(510) 444-3131 and delete the original message. Thank you.

Create a Home Theater Like the Pros. Watch the video on AOL Home <http://home.aol.com/diy/home-
improvement-eric-stromer?video=15&ncid=aolhom00030000000001> .
*********************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice
contained herein was not written or intended to be used (and cannot be used)
by any taxpayer for the purpose of avoiding penalties that may be imposed
under the U.S. Internal Revenue Code.
*********************************************************

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or
legally privileged. Any use, review, dissemination, distribution, or copying
of this transmission by anyone other than the intended recipient is strictly
prohibited. If you have received this message in error, please immediately
notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at
(510) 444-3131 and delete the original message. Thank you.

Thanks and take care for now. Samuel

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review,
dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly
prohibited. If you have received this message in error, please immediately notify the sender by email and/or by
telephone at (209) 470-2822 and delete the original message and any attachment(s). Thank you.

Thanks and take care for now. Samuel

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender by email and/or by telephone at (209) 470-2822 and delete the original message and any attachment(s). Thank you.

Thanks and take care for now. Samuel

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender by email and/or by telephone at (209) 470-2822 and delete the original message and any attachment(s). Thank you.

Thanks and take care for now. Samuel

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender by email and/or by telephone at (209) 470-2822 and delete the original message and any attachment(s). Thank you.

***********************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
***********************************************************

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

# EXHIBIT C

Subj:   **Re: Stipulation**
Date:   4/1/2008 7:42:35 P.M. Pacific Daylight Time
From:   disvoranu@filicebrown.com
To:     BlakVIII@aol.com

Mr. Johnson,
Where can I reach you?
Delia

-----Original Message-----
From: BlakVIII@aol.com <BlakVIII@aol.com>
To: Delia Isvoranu
Sent: Tue Apr 01 19:31:55 2008
Subject: Re: Stipulation

Delia, I have just learned some distributing news regarding this matter.  When was Filice, et al made aware that James Fitzgerald, III, Esq. represents Susan J. Solger in this matter?  Likewise, I have just received in the mail a Notice of Unavailability of Counsel.  This is the same document that I received a few weeks ago.  One, the previous document was not filed with the Court to alert it of such and now impacts the April 24, 2008, CMC as you state that Mr. Eassa and you are not available for anything pertaining to this matter from April 11, 2008 to May 9, 2008.

On a separate note, I thought we would be able to make some progress regarding this matter, but based off of the information in your Notice of Unavailability and finding out that Filice, et al. may have had prior knowledge that Ms. Solger was represented by counsel places a bad taste in my mouth.  Any discussions regarding removing Ms. Solger from this action should have been discussed directly with Mr. Fitzgerald and not with Filice, et al. as Mr. Fitzgerald represents Ms. Solger's interest in this matter.

Based on the above, I recommend that you and I discuss all of this as soon as possible as I have informed Mr. Fitzgerald on tonight via telephone that I more then likely will be amending the Complaint to bring back in the employees and Chevron Corporation Long-Term Disability Organization Plan under the 1981 claims.  Take care for now.  Samuel.

In a message dated 4/1/2008 5:43:50 P.M. Pacific Daylight Time, disvoranu@filicebrown.com writes:

> Samuel,
> Yes. We have authority to discuss settlement with you. I am required to forward any settlement
> demand/proposal to Chevron and I will do so.
>
> Take care,
>
> Delia
>
> -----Original Message-----
> From: blakviii@aol.com <blakviii@aol.com>
> To: Delia Isvoranu
> Sent: Tue Apr 01 10:22:45 2008
> Subject: Re: Stipulation
>
> Delia, before proceeding any further on the proposal for a resolution of this action, I will need to know whether
> or not you or Filice Brown Eassa & McCleod, LLP has the authority to begin and enter into settlement discussions
> with me pertaining to this matter as well as to execute a settlement if the parties can come to some agreement
> regarding this action and the WCAB matter.  Please advise accordingly if your clients have provided such
> authority.  Take care for now.  Samuel.
>
>
> -----Original Message-----
> From: Delia Isvoranu <disvoranu@filicebrown.com>
> To: BlakVIII@aol.com
> Sent: Tue, 1 Apr 2008 6:00 am

Subject: Re: Stipulation

Samuel, I received your fax and filed the Stipulation this morning to ensure the Court receives your request for continuance promptly.

Again, than you for your courtesy regarding this matter. I will wait to received your proposal for a resolution of this action.

Have a nice day.
Delia

-----Original Message-----
From: BlakVIII@aol.com <BlakVIII@aol.com>
To: Delia Isvoranu
Sent: Mon Mar 31 21:17:00 2008
Subject: Stipulation

If I cannot send this via email, then I will send it by facsimile on tonight.
Thanks and take care for now.

---

Create a Home Theater Like the Pros. Watch the video on AOL Home
<http://home.aol.com/diy/home-improvement-eric-stromer?video=15&ncid=aolhom00030000000001>

*************************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
*************************************************************

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

---

Planning your summer road trip? Check out AOL Travel Guides <http://travel.aol.com/travel-guide/united-states?ncid=aoltrv00030000000015> .

*************************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
*************************************************************

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly

prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

---

Create a Home Theater Like the Pros. Watch the video on AOL Home <http://home.aol.com/diy/home-improvement-eric-stromer?video=15&ncid=aolhom00030000000001> .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

# EXHIBIT D

| | |
|---|---|
| **Subj:** | **Re: Filing Reply To Defendants Opposition to Motion For Leave to Amend** |
| **Date:** | 8/6/2008 5:58:24 A.M. Pacific Daylight Time |
| **From:** | disvoranu@filicebrown.com |
| **To:** | BlakVIII@aol.com |

Hi Samuel,
Can you please advise as to what the relevance of the 10:30 a.m. vs 10:30 p.m. is? The email was still sent after you signed the Stipulation so it does not change the argument that such discussions were begun after the Stipulation had been discussed and submitted. This is such a minor point but please be advised that I will respond to your Reply with a Supplemental Brief to the Court advising that it makes no difference whether it was in the morning or night as it still occurred after you signed the Stipulation.

Thank you.

Delia

-----Original Message-----
From: BlakVIII@aol.com <BlakVIII@aol.com>
To: Bob Eassa
CC: Delia Isvoranu
Sent: Wed Aug 06 00:18:53 2008
Subject: Filing Reply To Defendants Opposition to Motion For Leave to Amend

Bob,

This is to advise strictly a professional courtesy to let you know that after I reviewed Defendants' Opposition to Plaintiff's Motion for Leave To File A First Amended Complaint, that I will be utilizing documents from the WCAB proceeding as well as the Federal action as exhibits to my reply opposition. As I previously informed Delia, your firm had the time incorrect in the filing pertaining to this email s being 10:30 pm wherein I requested to know if your firm had full authority to enter into settlement discussions with me. The email was sent at 10:30 a.m. Delia could have easily pulled that information and still can from your firm's email account. I will be providing the Court with the string of emails on that morning that will show that the parties did talk about settlement discussions in order to streamline this action.

I also want to address the situation about the WCAB documents. Your firm stated that I had those documents well before I filed the original Complaint. That incorrect. Your letter that accompanied the documents was dated November 7, 2007. I did not receive the documents until November 10, 2007, which was a Saturday as I was not home during the weekday to receive the materials. As stated above, this is strictly a professional courtesy email. I believe in being straight forward on issues and given the fact that there is a lot at stake here I believe the Court needs to be informed about everything before making a decision to amend or not amend the Complaint. Look forward to speaking with you at sometime in the near future.

Thanks and take care for now. Samuel

CONFIDENTIALITY NOTICE:

This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender by email and/or by telephone at (209) 470-2822 and delete the original message and any attachment(s). Thank you.

---

Looking for a car that's sporty, fun and fits in your budget? Read reviews on AOL Autos
<http://autos.aol.com/cars-BMW-128-2008/expert-review?ncid=aolaut00050000000017> .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or legally privileged. Any use, review, dissemination, distribution, or copying of this transmission by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at (510) 444-3131 and delete the original message. Thank you.

# EXHIBIT E

Subj:    **Re: Stipulation**
Date:    4/1/2008 5:43:50 P.M. Pacific Daylight Time
From:   disvoranu@filicebrown.com
To:    blakviii@aol.com

Samuel,
Yes. We have authority to discuss settlement with you. I am required to forward any settlement demand/proposal to Chevron and I will do so.

Take care,

Delia

-----Original Message-----
From: blakviii@aol.com <blakviii@aol.com>
To: Delia Isvoranu
Sent: Tue Apr 01 10:22:45 2008
Subject: Re: Stipulation

Delia, before proceeding any further on the proposal for a resolution of this action, I will need to know whether or not you or Filice Brown Eassa & McCleod, LLP has the authority to begin and enter into settlement discussions with me pertaining to this matter as well as to execute a settlement if the parties can come to some agreement regarding this action and the WCAB matter.  Please advise accordingly if your clients have provided such authority.  Take care for now.  Samuel.

-----Original Message-----
From: Delia Isvoranu <disvoranu@filicebrown.com>
To: BlakVIII@aol.com
Sent: Tue, 1 Apr 2008 6:00 am
Subject: Re: Stipulation

Samuel, I received your fax and filed the Stipulation this morning to ensure the Court receives your request for continuance promptly.

Again, than you for your courtesy regarding this matter. I will wait to received your proposal for a resolution of this action.

Have a nice day.
Delia

-----Original Message-----
From: BlakVIII@aol.com <BlakVIII@aol.com>
To: Delia Isvoranu
Sent: Mon Mar 31 21:17:00 2008
Subject: Stipulation

If I cannot send this via email, then I will send it by facsimile on tonight.
Thanks and take care for now.

Create a Home Theater Like the Pros. Watch the video on AOL Home
<http://home.aol.com/diy/home-improvement-eric-stromer?video=15&ncid=aolhom00030000000001>

```
******************************************************
```
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice
contained herein was not written or intended to be used (and cannot be used)
by any taxpayer for the purpose of avoiding penalties that may be imposed
under the U.S. Internal Revenue Code.
```
******************************************************
```

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or
legally privileged. Any use, review, dissemination, distribution, or copying
of this transmission by anyone other than the intended recipient is strictly
prohibited. If you have received this message in error, please immediately
notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at
(510) 444-3131 and delete the original message. Thank you.

---

Planning your summer road trip? Check out AOL Travel Guides <http://travel.aol.com/travel-guide/united-states?
ncid=aoltrv00030000000015> .

```
******************************************************
```
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice
contained herein was not written or intended to be used (and cannot be used)
by any taxpayer for the purpose of avoiding penalties that may be imposed
under the U.S. Internal Revenue Code.
```
******************************************************
```

CONFIDENTIALITY NOTICE:
This electronic message may contain information that is confidential and/or
legally privileged. Any use, review, dissemination, distribution, or copying
of this transmission by anyone other than the intended recipient is strictly
prohibited. If you have received this message in error, please immediately
notify the sender and/or Filice Brown Eassa & McLeod LLP by telephone at
(510) 444-3131 and delete the original message. Thank you.

# EXHIBIT F

SJ - told her you are crossing the line & you need to
stop. Now done to save Highline directly

Job offer letter No - It was the Only ie Salary Offers
to after confirmed with Nora Rodriguez
SJ out on medical leave so postponed the start date
Harold agreed - so SHO was the start date

Blackberry -
Asked BS for Blackberry - Met w/ Harold - no
SJ knew need - make business case order decide
to send Harold an email w/ business case. Harold said
Work related by nature - how can how my blackberry pay to pay et. st.
On the date it Cary sue stated - you are not getting a
higher Target level. What he got from Harold was will be
OK

Place things in Su Chair. Come in office - as she
came in & looked startled
Put all score and binders
Maybhave gone out & put something in it. She had weird
so do all use in boxes.
between Wendic & SJ. they go back & forth petty things go in
her office.
Sue doesn't review BS work she only reviews B SJ's work.
She just had SJ gets of BS work error

Both reviews stopped when Sue come in. Doesn't know
how or why. Looked up one day & BS was not giving there his
work to review. Sue needs to stop bringing up dead issues
Sue stated
Hostile work environment further supports the work
I order you caused Hostile work environment.
Supplied told him they have never provided a fee schedule
Bao various due to getting for an investigation. Bob John P on
So busy trying to get them. She is selling Line up. Gary
all he reviewed Since Fee conducted he investigation
When can we get this paperwork in El account

CHEV03265

# EXHIBIT G



Blackberry -

# EXHIBIT H

7/12/06  8:21 AM        LM                          agant Sue
Sam O Johnson/F going to file an EEOC charge  for work
Talked to Jenna stated someone else would handle this
See Sloger - was instructed not to do something
    + within 20 min    842-2542
Going to Bldg L.  Fee S: Knows about this

Dealing w/ an RSI + she has contributed to the RSI

Her behaviors are unacceptable.

She is deliberately putting him in situations
that she can then say he = being insubordinate
He has worked in employment law before + knows
what's against policy + the law. ER MUST DO
something or he will have no choice.

Sue set up a mtg with Cathy + Fee today on
SJ's performance. Go ahead with the mtg. Don't take
any action re: pay right now. Fee should state he
needs to think about
Tries to repeatly intimidate him

25200 - Cathy Drew - OK to contact Samuel (Cathy 842-1644)
    between 1-3   7/  Bldg H

CHEV03269

**Samuel B. Johnson, III**

**Identification Number**

**Address**
Permanent
900 143rd Avenue, #244

San Leandro, CA 94578

Permanent
4420 Abruzzi Circle
Stockton, CA 95206

**Phone**
(Home) 1 (209) 982 4873

(Home) 1 (510) 614-8385

**Internet**
Email Address
Web Page

blakviii@aol.com

**Categories**
Legal

**Skills**

| | | |
|---|---|---|
| Lawsuit | Contract Interpret | Sourcing |
| Energetic | Resource Negotiatn | Skills Analysis |
| Staff Education | Big Picture View | Team-Player |
| Follow-Through | Quick Learner | Willing to Learn |
| Construction Work | Product Liability | ADR |
| Microsoft Works | Imaging | Settlement |
| Risk Management | ERISA | Equal Opportunity |
| EEO | E-Svc Industries | Internet Law |
| Career Counseling | Negotiating Skills | Admin Functions |
| Contract Administr | Paralegal | Human Resources Exp |
| Contract Negotiatn | Claims Processing | Contract Problems |
| Contract Default | Class Action | Defend |
| Insurance Claims | Insurance | Antitrust |
| Realty | Commercial Property | Malpractice |
| Tort | Toxicity | Defect |
| Bankruptcies | Gender Issues | Compensation |
| Promotions | Employee Promotion | Personnel Actions |
| Sexual Harassment | Wrongful Terminatn | Discrimination |
| Copyright | Time Management | Billing System |
| Billing | Quattro Pro | Coaching/Mentoring |
| Organizat'nl Skills | Communicat'n Skills | Microsoft Office |
| WordPerfect | QuickBooks | Spreadsheet |
| Excel | MS PowerPoint | MS Access |
| Mail Sorting | Document Distrib | Concordance |
| Paradox | Internet | Westlaw |
| Lexis | Windows 98 | MS Windows |
| Windows 95 | *Computer Literate | Word Processing Exp |
| Microsoft Word | HR Management | Asbestos |
| Medical Review | X-Ray | Social Security |
| Medical Management | Case Management | Employee Records |
| Medical Research | Document Control | Material Ordering |
| Database Developmt | Image Scanning | Coding Data |
| Production Mgmt | Document Mgmt | Casework |
| Investigative | Supervision | Transcription |
| Assembly Exp | Document Production | Mediation |
| Deposition, Legal | Interview | Witness Interview |
| Expenses | Expenditure Stmts | Cost Reporting |
| Report Compilation | Garnish Wages | Payroll |

CHEV01448

| | | |
|---|---|---|
| Employee Benefits | Wants Challenge | Equal Emp Ops Comm |
| Policies & Proced | Written Comm | Policy/Proc Review |
| Procurement | Problem Solving | Conflict Resolution |
| Meet Timeline | Business Process | Business Policies |
| Follow Policy/Proc | Process Changes | Contract Prep & Rev |
| Subpoena | Filing | Training Experience |
| Subcontract | Support Agreement | Training Manual |
| HR Policy | Employee Handbook | Workflow |
| Budget | Process Improvement | Team Building |
| Leadership | Group Leadership | Performance Analys |
| Disciplinary Action | Performance Eval | Employee Terminatn |
| Staffing | Hiring/Firing | Admin Assistance |
| Invoice | Invoice Processing | New Contracts Rev |
| Travel Arrangements | Schedule Calendar | Legal Issues |
| Trademark | Patent | Arbitration |
| Court | Litigation | Well Casing |
| Third Party | Signature Acquisitn | Records Management |
| File Maintenance | Correspondence | Document Prep |
| Drafting Exp | Case Law | Case Study |
| Legal Research | Conduct Studies | Counsel |
| Associate | Research Support | Contract Docs |
| Purchasing Docs | Purchase Order | Purchasing Exp |
| Database | Database Mgmt | Liaison |
| Legal Liaison | Legal Experience | Legal Documents |
| Contract Law | Contrct Monitoring | RFP |
| Intellectual Prop | Proprietary Data | Vendor |
| Customer Contract | Contractual Terms | |

**Work History**

| | | | |
|---|---|---|---|
| 6/2004 | Present | Paralegal | Alphasoft Services |
| 4/2003 | 6/2004 | Paralegal | Sony |
| 4/2002 | 7/2002 | Paralegal | T. Wade Welch & Ass |
| 11/2001 | 3/2002 | Contract Adm | Reliant Resources I |
| 4/2001 | 8/2001 | Coordinator | Ross Stores |
| 9/1998 | 2/2001 | Paralegal | Morrison & Foerster |
| 12/1995 | 9/1998 | Paralegal | Heimann & Bernstein |
| 3/1995 | 12/1995 | Paralegal | Fesler & Ames Llp |
| 11/1990 | 3/1995 | Paralegal | A Professional Law |

**Education**

~~General Studies~~     McClymonds Sr.

**Tracking**

| | | | |
|---|---|---|---|
| E021050021736 NAP 3960 | 10/31/2002 | Offer | No-F/Lacks Req Experience |
| E050450097017 EMC 6703 | 7/11/2005 | Decision | Accept |
| E050550099281 GDSVS 6905 | 5/22/2005 | OnSite Interview-Org Dec | |
| | | No-B/Others Better Qualified | |
| E50081636 CPDS 7029 | 6/20/2005 | Referred to Hiring Org. | |
| | | Yes | |

**Action**

**Status History**

| | |
|---|---|
| 10/9/2002 | Received |
| 4/21/2005 | Received |
| 4/21/2005 | Received |
| 5/19/2005 | Received |
| 6/15/2005 | Received |
| 8/10/2005 5:21:09 PM | Hired |

**Custom**

| Field | Text | Date | Numeric |
|---|---|---|---|

CHEV01449

# EXHIBIT J

 **GSO** GOLDEN STATE OVERNIGHT

⟨ **WebShip** ⟩ ⟩ ⟩ ⟩ ⟩
**800-322-5555  www.gso.com**

**Ship From:**

ROSEMARY PEREDA
FILICE BROWN EASSA AND MCCLEOD
1999 HARRISON STREET 18TH
OAKLAND, CA 94612

**Ship To:**

**SAMUEL B. JOHNSON**
**SAMUEL B. JOHNSON**
**4420 ABRUZZI CIRCLE**
**STOCKTON, CA 95206**

**COD:**
$0.00

**Billing Reference:**
00215-34155

**Delivery Instructions:**

**Tracking #:  508325174**

**PDS**

# STK

## STOCKTON

# D95206A

58456264

Print Date : 11/7/2007

| Send Label To Printer | Edit Shipment | Finish |
|---|---|---|

## LABEL INSTRUCTIONS:

**Do not copy or reprint this label for additional shipments - each package must have a unique barcode.**

STEP 1 - Use the "Print" menu option in your browser to send this page to a laser or inkjet printer.

STEP 2 - Fold this page in half.

STEP 3 - Securely attach this label to your package, do not cover the barcode.

## ADDITIONAL OPTIONS:

| Send Label Via EMail | Create Return Label |
|---|---|

## TERMS AND CONDITIONS:

By giving us your shipment to deliver, you agree to all the service terms and conditions described in this section.
Our liability for loss or damage to any package is limited to your actual damages or $100 whichever is less, unless you pay for and declare a higher authorized value. If you declare a higher value and pay the additional charge, our liability will be the lesser of your declared value or the actual value of your loss or damage. In any event, we will not be liable for any damage, whether direct, incidental, special or consequential, in excess of the declared value of a shipment whether or not we had knowledge that such damage might be incurred including but not limited to loss of income or profit. We will not be liable for your acts or omissions, including but not limited to improper or insufficient packaging, securing, marking or addressing. Also, we will not be liable if you or the recipient violates any of the terms of our agreement. We will not be liable for loss, damage or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, act of public enemies, war, strikes, or civil commotion. The highest declared value for our GSO Priority Letter or GSO Priority Package is $500. For other shipments the highest declared value is $10,000 unless your package contains items of "extraordinary value", in which case the highest declared value we allow is $500. Items of "extraordinary value" include, but or not limited to, artwork, jewelry, furs, precious metals, tickets, negotiable instruments and other items with intrinsic value.