1  SAMUEL BERNARD JOHNSON III
   4420 Abruzzi Circle
2  Stockton, California 95206
   (209) 982-5904 – Telephone
3  blakviii@aol.com – Email

4  Plaintiff - *In Pro Se*



5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  SAMUEL BERNARD JOHNSON III,            Case No.:  C 07-05756 SI (JCS)

13                    Plaintiff,

14            vs.                          **[PROPOSED] ORDER GRANTING AND
                                           SETTING BRIEFING SCHEDULE
15  CHEVRON CORPORATION, a Delaware        REGARDING PLAINTIFF'S EX PARTE
    corporation, CHEVRON                   MOTION TO SHORTEN TIME TO FILE
16  ENVIRONMENTAL MANAGEMENT               BRIEFS PERTAINING TO PLAINTIFF'S
    COMPANY, a California corporation, and MOTION TO  MODIFY THE COURT'S
17  DOES 1-10, inclusive                   MAY 22, 2008, (CORRECTED) PRETRIAL
                                           SCHEDULING ORDER**
18
                    Defendants
19

20

21

22

23

24

25

26

27

28

       [PROPOSED] ORDER GRANTING AND SETTING BRIEFING SCHEDULE REGARDING
    PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED)
         PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)

1    **IT IS HEREBY ORDERED THAT:**

2    The following briefing schedule is set pertaining to Plaintiff's Ex Parte Motion to Shorten

3    Time To File Briefs Regarding Plaintiff's Motion to Modify the Court's May 22, 2008

4    (Corrected) Pretrial Scheduling Order:

5

6              1.        Defendants' opposition shall be filed on Friday, August 8, 2008;

7              2.        Plaintiff's reply to defendants opposition shall be filed on Friday,

8                        August 15, 2008; and

9              3.        A hearing on this motion is set for Friday, August 22, 2008 at 9:00

10                       a.m. in Courtroom 19, 10th Floor before the Honorable Susan

11                       Illston.

12

13   Dated this _____ day of _____ 2008

14
                                                    _____
15                                                  SUSAN ILLSTON
                                                    UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED] ORDER GRANTING AND SETTING BRIEFING SCHEDULE REGARDING
PLAINTIFF'S EX PARTE MOTION TO MODIFY THE COURT'S MAY 22, 2008, (CORRECTED)
PRETRIAL SCHEDULING ORDER, CASE NO. C 07-05756 SI (JCS)