**United States District Court**
For the Northern District of California

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

SAMUEL B JOHNSON III,                           No. C 07-05756SI

5

       Plaintiff,                                **NOTICE**

6

  v.

7

CHEVRON CORPORATION,

8

       Defendant.
_____ /

9

10

To All Parties:

11

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to modify the pretrial scheduling order has been set on Friday, October 31, 2008, at 9:00 a.m.

12

13

14

Dated: August 13, 2008                          RICHARD W. WIEKING, Clerk

15

16



17

Tracy Sutton
Deputy Clerk

18

19

20

21

22

23

24

25

26

27

28