**SAMUEL BERNARD JOHNSON III**

**4420 Abruzzi Circle
Stockton, California 95206
(209) 470-2822 – Cellular**

---

August 14, 2008

The Honorable Susan Illston
United States District Court
for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

**Re:**   *Samuel Bernard Johnson III v. Chevron Corporation, et al.*, United States District Court Northern District of California, San Francisco Division, Case No. C 07-05756 SI (JCS)

Dear Honorable Susan Illston:

I write in response to the Court's recent Order Granting Plaintiff's Motion for Leave to File a First Amended Complaint. I hereby respectfully request that the Court file the First Amended Complaint (attached as Exhibit A to plaintiff's motion, filed under seal; Docket Nos. 62 and 74 respectfully. For clarification, Docket No. 62 shall be filed as the operative First Amended Complaint and Docket No. 74 shall be filed under seal as the operative First Amended Complaint as it contains the confidential and private unredacted sections of Docket No. 62.

The Court's Order has also requested that I notify it on or before Friday, August 22, 2008, whether I wish the First Amended Complaint to be publicly filed, or wish to bring a separate motion, based on good cause, to have it filed under. By way of this letter, I'm informing the Court that I wish the First Amended Complaint as referenced as Docket No. 62 to be made available to the general public. Such a request in is keeping with this Court's long tradition that these proceedings are public ones and such matters should not be kept from the general public. At this time, I would like to thank the Court for reviewing Plaintiff's Motion for Leave to Amend the First Amended Complaint as well as for granting my request for no oral arguments.

Respectfully submitted by,

/s/

Samuel Bernard Johnson III