IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL BERNARD JOHNSON, III,

    Plaintiff,

  v.

CHEVRON CORPORATION, et al.,

    Defendants.
                               /

No. C 07-05756 SI

**ORDER RE: PUBLIC FILING OF PLAINTIFF'S COMPLAINT**

In its August 14, 2008 Order, the Court granted plaintiff's motion to file a first amended complaint. The Court also indicated that plaintiff should notify the Court whether he wished to file publicly his amended complaint or whether he wished to bring a separate motion demonstrating why his amended complaint should be filed under seal. Plaintiff has since responded that he wishes to both file publicly a redacted version of his amended complaint and file under seal the complete version of his amended complaint. Plaintiff misunderstands the Court's prior request. <u>The Court believes it may be inappropriate to file plaintiff's non-redacted complaint under seal because the entire basis for his disability claim would be inaccessible to the public.</u> Therefore, plaintiff must either (1) notify the Court that it may publicly file the *complete* version of his amended complaint, or (2) must bring a motion, based on good cause, to file the complete version under seal.

**IT IS SO ORDERED.**

Dated: August 19, 2008

                                                       SUSAN ILLSTON
                                                       United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2