SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
Blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>          Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>          Defendants | Case No.:  C 07-05756 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE UNDER SEAL PLAINTIFF'S RESPONSE TO COURT'S  AUGUST 14, AND 19, 2008, ORDERS AND TO FILE FIRST AMENDED COMPLAINT UNDER SEAL PURSUANT TO LOCAL RULE 79-5(C)** |

**GOOD CAUSE APPEARING:**

This matter having come before the Court on the Court's August 14, and 19, 2008, Orders and Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") providing the Court with an August 22, 2008, response to such and the Court having read and considered the matter in connection with the First Amended Complaint being made public or filed under seal.

**IT IS HEREBY ORDERED THAT:**

That the following documents that are to be filed under seal pursuant to Civ. L.R. 79-5(c):

| Document Description | Court Docket # | Date Filed | Filed By |
| --- | --- | --- | --- |
| Plaintiff's Response to Court's August 14, and 19, 2008, Orders To Have The First Amended Complaint Made Public or Filed Under Seal. | Not yet determined | Not yet filed | Plaintiff |

That the following sections of Plaintiff's Response to Court's August 14, and 19, 2008, Order To Have The First Amended Complaint Made Public Or Filed Under Seal pursuant to the Honorable Susan Ilston's Pretrial Preparation Order (Corrected) filed on May 22, 2008, Standing Order at Section 3 and Civil Local Rules 7-12 and 79-5(c):

| | | | |
| --- | --- | --- | --- |
| 1:13 | 2:1 | 2:7-13 | 2:16-20 |
| 2:21 | 2:22-23 | 2:23-24 | 3:11-16 |
| 3:18 | 3:25 | 3:26-4:26 | 5:3 |
| 5:6 | 5:21 | | |

**IT IS FURTHER ORDERED THAT:**

The First Amended Complaint (attached as Exhibit A to plaintiff's motion and filed under seal as Docket Nos. 62 and 74 respectfully are to be filed as the operative Complaint in this action. For clarification, Docket No. 62 shall be filed as the operative First Amended

1  Complaint for viewing by the general public and Docket No. 74 shall be filed <u>under seal</u> as the
2  operative First Amended Complaint as it contains the <u>confidential and private unredacted</u>
3  <u>sections</u> of Docket No. 62.

6  Dated this _____day of August 2008

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE