SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
blakviii@aol.com - Email

Plaintiff – *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>　　　　　　　Defendants | Case No.:   C 07-05756 SI  (JCS)<br><br>**MANUAL FILING NOTIFICATION OF PLAINTIFF'S RESPONSE TO COURT'S AUGUST 14, AND 19, 2008, ORDERS TO HAVE THE FIRST AMENDED COMPLAINT MADE PUBLIC OR FILED UNDER SEAL "DOCUMENT FILED UNDER SEAL"** |

Regarding: **MANUAL FILING NOTIFICATION OF PLAINTIFF'S RESPONSE TO COURT'S AUGUST 14, AND 19, 2008, ORDERS TO HAVE THE FIRST AMEND COMPLAINT MADE PUBLIC OR FILED UNDER SEAL "DOCUMENT FILED UNDER SEAL"**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____Voluminous Document (PDF file size larger then e-filing allowances)

_____Unable to Scan Documents

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

__X__ Item Under Seal

_____Conformance with the Judicial Conference Privacy Conference Policy
(General Order 53)

_____Other (description):_____

Date this 22nd day of August 2008                        /s/
                                                         _____
                                                         SAMUEL BERNARD JOHNSON III

1

MANUAL FILING NOTIFICATION OF PLAINTIFF'S RESPONSE TO COURT'S AUGUST 14, AND 19, 2008, ORDERS TO HAVE THE FIRST AMENDED COMPLAINT MADE PUBLIC OR FILED UNDER SEAL "DCOUMENT FILED UNDER SEAL, CASE NO. C 07-05756 SI (JCS)