**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CHEVRON CORPORATION, ET AL.,<br><br>        Defendant(s).<br>_____/ | Case No. C-07-05756 SI (JCS)<br><br>**ORDER CONFIRMING AUGUST 8, 2008 DENIAL OF PLAINTIFF'S MOTION TO COMPEL [Docket Nos. 98, 117]** |

The court has received a letter dated August 18, 2008 from counsel for the defendants. The court finds that the objections raised by the defendants to the document requests propounded by plaintiff are well taken. In addition, appropriate information has been redacted. Accordingly, the Court hereby confirms its Order, dated August 8, 2008, denying plaintiff's motion to compel.

IT IS SO ORDERED.

Dated: August 25, 2008

                                                   JOSEPH C. SPERO
                                                   United States Magistrate Judge