SAMUEL BERNARD JOHNSON, III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5, <br><br> Defendants | Case No.: C 07-05756 SI (JCS) <br><br> **PLAINTIFF'S OBJECTIONS AND NOTICE OF INTENT TO MOVE TO QUASH THE SUBPEONA ISSUED TO "LORIN FRANK, PH.D"** |

PLAINTIFF'S NOTICE OF INTENT TO MOVE TO QUASH SUBPOENA ISSUED TO
LORIN FRANK, PH.D, CASE NO. C 07-05756 SI (JCS)

**TO DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD, FIRST REPROGRAPHICS AND LORIN FRANK, PH.D.:**

**PLEASE TAKE NOTICE** that Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") **HEREBY OBJECTS TO**, and intends to **MOVE TO QUASH** in its entirety, the subpoena issued by First Reprographics, Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP to Lorin Frank, Ph.D. seeking the production of certain medical records (requested on Attachment To Subpoena In A Civil Case) pertaining to Plaintiff Johnson's two minor children on August 29, 2008.

Plaintiff Johnson asserts that the subpoena is improper and no records (requested on Attachment To Subpoena In A Civil Case) should be produced to First Reprographics, Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP on the following grounds, until the objections and/or motion to the Court is resolved:

- Failure of Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP to properly serve Plaintiff Johnson with notice of the subpoena prior to its issuance by First Reprographics to Lorin Frank, Ph.D.;
- Failure of First Reprographics, Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP to provide timely notice to Plaintiff Johnson of the issuance of the subpoena prior to it issuance;
- Lack of relevance of the requested documents to Plaintiff Johnson' claims in this action;
- Lack of relevance of the requested documents to Chevron Corporation and Chevron Environmental Management Company's defenses against Plaintiff Johnson's claims in this action; and

- The subpoena seeks to harass and intimidate Plaintiff Johnson.

Dated this 25th day August of 2008

/s/
_____
SAMUEL BERNARD JOHNSON III