SAMUEL BERNARD JOHNSON, III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>      Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>      Defendants | Case No.:  C 07-05756 SI (JCS)<br><br>**PLAINTIFF'S OBJECTIONS AND NOTICE OF INTENT TO MOVE TO QUASH THE SUBPEONA ISSUED TO THE "OFFICE OF THE ATTORNEY GENERAL"** |

PLAINTIFF'S NOTICE OF INTENT TO MOVE TO QUASH SUBPOENA ISSUED TO THE OFFICE OF THE ATTORNEY GENERAL, CASE NO. C 07-05756 SI (JCS)

**TO DEFENDANTS CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, THEIR ATTORNEY OF RECORD, FIRST REPROGRAPHICS AND THE OFFICE OF THE ATTORNEY GENERAL:**

**PLEASE TAKE NOTICE** that Samuel Bernard Johnson III (hereinafter referred to as "Plaintiff Johnson") **HEREBY OBJECTS TO**, and intends to **MOVE TO QUASH** in its entirety, the subpoena issued by First Reprographics, Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP to the Office of the Attorney General seeking the production of certain personnel records (requested on Attachment To Subpoena In A Civil Case) pertaining to Plaintiff Johnson on August 29, 2008.

Plaintiff Johnson asserts that the subpoena is improper and no records (requested on Attachment To Subpoena In A Civil Case) should be produced to First Reprographics, Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP on the following grounds, until the objections and/or motion to the Court is resolved:

- Failure of Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP to properly serve Plaintiff Johnson with notice of the subpoena prior to its issuance by First Reprographics to Office of the Attorney General.;
- Failure of First Reprographics, Chevron Corporation, Chevron Environmental Management Company and their attorney of record Filice Brown Eassa & McLeod LLP to provide timely notice to Plaintiff Johnson of the issuance of the subpoena prior to it issuance; and
- The subpoena seeks to harass and intimidate Plaintiff Johnson.

/s/

Dated this 25th day August of 2008

SAMUEL BERNARD JOHNSON III

1

PLAINTIFF'S NOTICE OF INTENT TO MOVE TO QUASH SUBPOENA ISSUED TO THE OFFICE OF THE ATTOREY GENERAL, CASE NO. C 07-05756 SI (JCS)