IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 07-05756 SI<br><br>**ORDER RE: PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER SEAL** |

　　　Plaintiff has moved to file a complete version of his complaint under seal. The Court previously indicated that this would be inappropriate because the entire basis for plaintiff's disability claim would be inaccessible to the public, and now finds that plaintiff has not demonstrated good cause to file his complaint under seal. Accordingly, the motion to file under seal is DENIED [Docket No. 119] and plaintiff may pursue one of two options. He may either publicly file a complete version of his complaint, or may consider voluntarily dismissing his case and refiling it as an anonymous "Doe" plaintiff. If plaintiff intends to file a complete version of his complaint publicly, he must do so on or before September 19, 2008.

**IT IS SO ORDERED.**

Dated: September 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge