**SAMUEL BERNARD JOHNSON III**

**4420 Abruzzi Circle**
**Stockton, California 95206**
**(209) 470-2822 – Cellular**

---

September 7, 2008

Delia A. Isvoranu, Esq.
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, California 94612

**Re:**  *Samuel Bernard Johnson III v. Chevron Corporation, et al.*, United States District Court, Northern District of California, San Francisco Division, Case No. C 07-05756 SI (JCS)

To All Defendants:

Many of the defendants in this action may not have been informed, but the Court approved the amending of the First Amended Complaint on August 14, 2008. By way of amending the original Complaint, in addition to Chevron Corporation and Chevron Environmental Management Company, the following entities and individuals have been named as defendants in the above-referenced action:

1. Chevron Corporation Long-Term Disability Plan Organization;
2. Catherine Drew;
3. Kathryn M. Gallacher;
4. Robert Schmitt;
5. Susan J. Solger;
6. Harald Smedal;
7. Sellers Stough;
8. Krystal Tran;
9. Debbie Wong; and
10. Gary Yamashita.

I contacted Delia A. Isvoranu, Esq. of Filice Brown Eaasa & McLeod LLP who currently represents the interests of Defenants Chevron Corporation and Chevron Environmental Management Company in an attempt to serve the First Amended Complaint on all of the defendants in this action and was advised at this time that her law firm does not represent the defendants in items 1-10 above. Given such, there is a pending September 29, 2008, mediation as this case was set for mediation through the Court's Alternative Dispute Resolution Program. With that said, all named parties and their counsel are required to attend the mediation unless excused. *See* ADR Local Rules 6-9(a) and 6-9(d) respectfully. Likewise, each party must be accompanied at the mediation by the lawyer who will be primarily responsible for handling the trial of the matter. *See* ADR Local Rule 6-9(b).

As stated above, you can be excused from the mediation. A person who is required to attend a mediation may be excused from attending in person only after a showing that personal attendance would impose an extraordinary or otherwise unjustifiable hardship. A person seeking to be excused must submit, no fewer than 15 days before the date set for the mediation, a letter to

the ADR Magistrate Judge, simultaneously copying the ADR unit, all counsel and the mediator. The letter must:

        (1) Set forth all considerations that support the request;
        (2) State realistically the amount in controversy in the case;
        (3) Indicate whether the other party or parties join in or object to the request, and
        (4) Be accompanied by a proposed order.

For various reasons I'm requesting to postpone the September 29, 2008, mediation until the parties meet for a Further Case Management Conference on October 24, 2008, at 2:30 p.m. before the Honorable Susan Illston. Likewise, there is a hearing set to modify the Court's May 21, 2008 [Corrected] Pretrial Preparation Order at 9:00 a.m. on October 31, 2008. At such time, the parties will discuss amongst other things a new trial date in this action. Currently the trial date in this action is set for April of 2009. Given such, I ask that each of you contact me by Thursday, September 11, 2008, as to whether you are in agreement that the September 29, 2008, mediation can be rescheduled. If I do not hear from you by this date, then I will file a Motion with the Court pursuant to ADR Local Rule 6-5 to Request to Extend the Deadline, which has been set to have the mediation in this action started on or before September 30, 2008. *See* May 21, 2008, Court's Pretrial Preparation Order [Corrected].

As stated above, you may contact me at the above-referenced telephone number, at the address listed above or my email address of blakviii@aol.com. However, you must contact me prior to 5:00 pm on Wednesday, September 10, 2008.

        Very truly yours,

        /s/

        Samuel Bernard Johnson III


Cc:    Robert D. Eassa, Esq. (via email only)
        Jody Lewitter – Mediator (via email only)
        Chevron Corporation Long-Term Disability Plan Organization (via facsimile)
        Catherine Drew (via facsimile and U.S. Mail)
        Kathryn M. Gallacher (via facsimile and U.S. Mail)
        Robert Schmitt (via facsimile and U.S. Mail)
        Susan J. Solger (via facsimile and U.S. Mail)
        Harald Smedal (via U.S. Mail and U.S. Mail)
        Sellers Stough (via facsimile and U.S. Mail)
        Krystal Tran (via facsimile and U.S. Mail)
        Debbie Wong (via facsimile and U.S. Mail)
        Gary Yamashita (via facsimile and U.S. Mail)