C07-5756 SI



**SAN JOAQUIN COUNTY**

**JOSEPH E. CHELLI**
Director

P.O Box 201056      102 South San Joaquin Street      Stockton, CA 95201-3006

**RECEIVED**

SEP   5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tel (209) 468 -1000
Fax (209) 468 -1985

*CalWORKs*
*Children's Services*
*Aging & Adult Services*
*Mary Graham Children's Shelter*

*info Copy*

FILED

SEP 0 9 2008

September 2, 2008

First Reprographics
1517 West Beverly Blvd.
Los Angeles, CA  90026

**RE:    Deposition Subpoena**
**Samuel Bernard Johnson III v. Chevron Corporation, et. al**

To Whom It May Concern:

This is in regard to the deposition subpoena received from your office on the above-referenced case.  Because these records are confidential by law, a deposition subpoena will not allow us to release the information you have requested.

Welfare and Institutions Code, Section 10850 indicates that the Human Services Agency records are confidential and that the agency is required by law to assert their confidentiality.  This confidentiality extends to every member of the family; therefore, a release of information or litigation by one member of the family is not effective to waive the confidentiality requirements.  The confidentiality of the records is not absolute.  The confidentiality may be breached after a review of the file in an in camera hearing if it can be shown by the Declaration attached to the Subpoena Duces Tecum that the need for the records outweighs the need to keep the records confidential.

Our Mission is to lead in the
creation and delivery of services that improve
the quality of life for our community.



In order to fulfill the requirements listed above, we need to receive a subpoena duces tecum with a court date and time so we may submit the records to a judge for an in-camera review. Because of the above regulations we cannot deliver the records to any place other than a courtroom.

An alternative for custody matters would be to have the mediators review the CPS file. There is a Standing Court Order for San Joaquin County Mediators to review the CPS file.

If you have any questions, please feel free to contact me at the above address or at (209) 468-1434.

Sincerely,

*Kathy Courtney*

Kathy Courtney, DISS II
Custodian of Records

c:    Lashanda Scott
      Clerk U. S. District Court

Our Mission is to lead in the
creation and delivery of services that improve
the quality of life for our community.

Page 2 of 2



CERTIFIED MAIL™

7005 1160 0005 2079 7949



SAN JOAQUIN COUNTY

P.O. Box 201056  102 S. San Joaquin St.    Stock

HSA 11

US POSTAGE
$ 05.32⁰
02 1M
000425447    SEP 02 2008
MAILED FROM ZIP CODE 95202

Lashanda Scott
Clerk U.S. District Court
450 Golden Gate Ave., Box 36060
San Francisco, CA  94102

94102334865  C004