SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 - Telephone
Blakviii@aol.com - Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>    Defendants | Case No.:   C 07-05756 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND THE COURT'S DEADLINE FOR A MEDIATION SESSION TO OCCUR BY THE END OF SEPTEMBER OF 2008,** |

**GOOD CAUSE APPEARING:**

This matter having come before the Court on Samuel Bernard Johnson III, (hereinafter referred to as "Plaintiff Johnson") Request to Extend the Court's Deadline for a Mediation Session to Occur by the End of September of 2008 and the Court having read and considered the briefs and arguments of all parties and all other matters presented to the Court in connection with Plaintiff Johnson's Request to Extend the Court's Deadline for a Mediation Session to Occur by the End of September of 2008.

**IT IS HEREBY ORDERED THAT:**

Plaintiff Johnson's request to extend the Court's deadline for an Alternative Dispute Resolution mediation session to occur by the end of September of 2008 is **GRANTED**.

**IT IS FUTHER ORDERED** that the setting for a Court Ordered mediation be heard and set at the next Further Case Management Conference.

Dated this _____ day of September 2008

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE