United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL B JOHNSON III,

        Plaintiff(s),

    v.

CHEVRON CORPORATION, ET AL.,

        Defendant(s).
_____/

Case No.  C-07-05756 SI (JCS)

**FURTHER ORDER DENYING PLAINTIFF'S MOTION TO QUASH [DOCKET #128]**

By Order dated August 25, 2008 the Court denied plaintiff's motion to quash in part (with regard to the A.G. subpoena and the Kaiser subpoena) and requested further information.  The court has received a letter dated September 22, 2008 from counsel for defendant.

The Court has previously found that records sought from the Department of Social Services and Dr. Frank are relevant to the damages sought by the plaintiff, and that the relevance of this evidence outweighs any need for privacy.  Any privacy concerns can be addressed by production of the information as confidential under the order of this court that has been entered to protect those privacy interests.

The Court asked the parties to address the protections against disclosure under HIPAA and the California Welfare and Institutions Code.  HIPAA regulations permit the production of the covered records when ordered by a Court. HIPAA and the California Welfare and Institutions Code also authorize disclosure when an authorization is executed.   In light of the Court's conclusion regarding the relevance of these documents, and the ability of the Court to protect the confidentiality of the records, plaintiff is hereby ORDERED to execute authorizations, in a form to be prepared by

the defendant, authorizing the release of the records sought in the subpoenas to Dr. Frank and to the Department of Social Services. The motion to quash is denied in its entirety..

IT IS SO ORDERED.

Dated: October 1, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2