IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B. JOHNSON III, | No. C 07-05756 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY** |
| v. | |
| CHEVRON CORPORATION *et al.*, | |
| Defendants. | |

On November 7, 2008, plaintiff filed a motion regarding discovery deadlines. [Docket No. 192] The motion is scheduled for hearing on December 12, 2008. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing.

On October 29, 2008, this Court issued an Order granting in part plaintiff's request to modify the Court's pretrial scheduling order. [Docket No. 173] The pretrial scheduling order had previously set September 26, 2008 as the deadline for non-expert discovery cut-off. In its October 29 Order, the Court granted plaintiff a two-month extension on discovery and set the new deadline at November 26, 2008.

In his November 7 motion, plaintiff notes that he originally requested a hearing to modify the pretrial scheduling order on July 29, 2008. [Docket No. 84] There was no space in the Court's docket to schedule a hearing on that motion before October 31, 2008. In the meantime, discovery was closed from September 26, 2008 until October 29, when the Court issued its order on plaintiff's motion. The Court's Order therefore only gave plaintiff less than one additional month to conduct discovery.

In order for plaintiff to get the benefit of a total of *two* additional months before non-expert

discovery closes, the Court hereby sets the new schedule as follows:

| | |
|---|---|
| Non-expert discovery cut-off | December 31, 2008 |
| Designate expert witnesses | January 9, 2009 |
| Expert discovery cut-off | February 13, 2009 |
| Dispositive motions filed (maximum 1 per party) | March 13, 2009 |
| Oppositions filed | March 27, 2009 |
| Replies filed | April 3, 2009 |
| Hearing | April 17, 2009 at 9:00 a.m. |
| Pretrial conference | June 9, 2009 |
| Trial | June 22, 2009, 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 11/17/08

SUSAN ILLSTON
United States District Judge