**SAMUEL BERNARD JOHNSON III**

**4420 Abruzzi Circle**
**Stockton, California 95206**
**(209) 982-5904 – Home**

___

December 27, 2008

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

**Re:**   *Samuel Bernard Johnson III v. Chevron Corporation, et al.*, United States District Court
Northern District of California, San Francisco Division, Case No. C 07-05756 SI (JCS)

Dear Judge Spero:

    Samuel Bernard Johnson III, ("Plaintiff Johnson") seeks permission to file a letter brief (motion) that will exceed the three page limit as set forth in the Honorable Magistrate Judge Joseph C. Spero's discovery order. The non-expert discovery is set to close on December 31, 2008, and in order to bring this motion before the Court, Plaintiff Johnson will need to exceed the three page limitation as set by the Honorable Magistrate Judge Joseph C. Spero discovery order. The motion that Plaintiff Johnson intends to file will deal with discovery that was granted to Plaintiff Johnson by the Honorable Susan Illston when the Honorable Susan Illston issued a November 17, 2008, Pretrial Preparation Order that extended the non-expert discovery cut-off from November 26, 2008, to December 31, 2008. The Honorable Susan Illston's November 17, 2008, Pretrial Preparation Order also moved the April 2009, trial date to June of 2009.

    Plaintiff Johnson contends that good cause does exist to bring this motion before the Court as the discovery that was requested by Plaintiff Johnson moved the non-expert discovery cut-off as well as the April 2009, trial date deals with both parties filing Motions for Summary Judgment. Plaintiff Johnson notes for the Honorable Magistrate Judge Joseph C. Spero that all parties in this action will file dispositive motions in March of 2009. Moreover, the discovery that has been propounded by Plaintiff Johnson will assist the Honorable Susan Illston in evaluating and resolving this action at the dispositive motion stage. For these reasons, Plaintiff Johnson respectfully requests that the Honorable Magistrate Judge Joseph C. Spero allow Plaintiff Johnson to exceed the three page limitation to file a letter brief (motion) with the Court so that Plaintiff Johnson does not have to file two separate letter briefs that deal with two separate discovery matters.

Respectfully submitted by,

/s/

Samuel Bernard Johnson III

Dated: Jan. 6, 2009



DENIED
Judge Joseph C. Spero