**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B. JOHNSON III,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 07-05756 SI<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO REFER DISCOVERY DISPUTES [Docket No. 219]** |

Plaintiff's request [Docket No. 219] to have remaining discovery disputes decided by the undersigned judge is DENIED. The order referring discovery disputes to Magistrate Judge Spero remains in effect. *See* Docket No. 27.

**IT IS SO ORDERED.**

Dated: 1/14/09

SUSAN ILLSTON
United States District Judge