SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
Telephone: (209) 982-5861
Email: blakviii@aol.com -

Plaintiff - *In Pro Se*

ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, California 94612
Telephone: (510) 444-3131
Facsimile: (510) 839-7940
Email: disvoranu@filicebrown.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5, <br><br> Defendants | Case No.: C 07-05756 SI (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO EXCEED TWENTY PAGE LIMITATION TO FILE AN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERANTIVE SUMMARY ADJUDICTION** |

Samuel Bernard Johnson III, ("Plaintiff Johnson") and Robert D. Eassa and Delia A. Isvoranu of Filice Brown Eassa & McLeod LLP HEREBY STIPULATE AND AGREE and request of the Court to enter an Order as follows:

For an Order to exceed the mandatory twenty-five (25) page limit as governed by Civil Local Rules 7.3(a) and 7-12 to allow Plaintiff Johnson to file an opposition brief. The Order is needed in order for Plaintiff Johnson to file a thirty-five (35) page Opposition to Defendants Motion for Summary Judgment or in the Alternative Summary Adjudication.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

/s/

Dated this 24th day of March 2009      By _____
                                        SAMUEL BERNARD JOHNSON III
                                        PLAINTIFF - *IN PRO SE*

Dated this 24th day of March 2009      FILICE BROWN EASSA & MCLEOD LLP

/s/

By _____
ROBERT D. EASSA
DELIA A. ISVORANU

Attorneys for Defendants
CHEVRON CORPORATION, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,

1

STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO EXCEED THE TWENTY-FIVE PAGE LIMITATION TO FILE AN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, CASE NO. C 07-05756 SI (JCS)

**IT IS HEREBY STIPULATED AND ORDERED:**

Dated this _____ day of March 2009

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO EXCEED THE TWENTY-FIVE PAGE LIMITATION TO FILE AN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION, CASE NO. C 07-05756 SI (JCS)