SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
Telephone: (209) 982-5861
Email: blakviii@aol.com -

Plaintiff - *In Pro Se*

ROBERT D. EASSA (SBN: 107970)
DELIA A. ISVORANU (SBN: 226750)
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, California 94612
Telephone: (510) 444-3131
Facsimile: (510) 839-7940
Email: disvoranu@filicebrown.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>        Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>        Defendants | Case No.: C 07-05756 SI (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING OF OPPOSITION PAPERS** |

Samuel Bernard Johnson III and Delia A. Isvoranu of Filice Brown Eassa & McLeod LLP HEREBY STIPULATE AND AGREE and request of the Court to enter an Order extending, by one business day, the time for the parties to file Opposition papers to the cross Motions for Summary Judgment filed March 13, 2009, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Oppositions Due | March 27, 2009 | Monday, March 30, 2009 |
| Replies Due | Friday, April 3, 2009 | N/A (remains the same) |
| Hearing Date | Friday, April 17, 2009 at 9:00 a.m. | N/A (remains the same) |

**IT IS SO STIPULATED, BY THE FOLLOWING:**

Dated this 24th day of March 2009    By /s/ _____
                                         SAMUEL BERNARD JOHNSON III
                                         PLAINTIFF - *IN PRO SE*

Dated this 24th day of March 2009    FILICE BROWN EASSA & MCLEOD LLP

                                     By /s/ _____
                                         ROBERT D. EASSA
                                         DELIA A. ISVORANU

                                         Attorneys for Defendants

**IT IS HEREBY STIPULATED AND ORDERED:**

Dated this _____ day of March 2009    _____
                                         HONORABLE SUSAN ILLSTON
                                         UNITED STATES DISTRICT JUDGE

1

STIPULATION AND [PROPOSED] ORDER RE: FILING OF OPPOSITION PAPERS
CASE NO. C 07-05756 SI (JCS)