1  SAMUEL BERNARD JOHNSON III
2  4420 Abruzzi Circle
   Stockton, California 95206
3  Telephone: (209) 982-5861
   Email: blakviii@aol.com - Email
4
   Plaintiff - *In Pro Se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>                Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON CORPORATION LONG-TERM DISABILITY PLAN ORGANIZATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>                Defendants | Case No.:  C 07-05756 SI (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFF'S MOTION TO EXCEED FIFTEEN PAGE LIMITATON TO FILE A REPLY TO DEFENDANTS OPPOSITION, [COURT DOCKET NOS. 329-330]** |

1  The Court having read and considered Plaintiff Johnson's motion to exceed the fifteen
2  page limitation to file a reply to defendants opposition and as good cause does appear, the
3  motion is hereby **GRANTED**.  BRIEF MAY NOT EXCEED 20 PAGES.
4  **IT IS SO ORDERED**.

7  Dated this _____ day of April 2009

   _____
   HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE