```
1  ROBERT D. EASSA (SBN: 107970)
   DELIA A. ISVORANU (SBN: 226750)
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, 18th Floor
3  Tel: (510) 444-3131
   Fax: (510) 839-7940
4  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL B. JOHNSON, III,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION et al,<br><br>Defendants. | Case No. C 07-05756 SI<br><br>**REQUEST TO REMOVE DOC. #329 FROM PUBLIC VIEW AND [PROPOSED] ORDER** |

During the pendency of this litigation, Plaintiff produced to Defendants certain documents revealing Plaintiff's social security number. Plaintiff did not redact his social security number and, on March 30, 2009, Defendants inadvertently filed Doc. #329 attaching a document which contains Plaintiff's social security number. Prior to this date, Plaintiff filed at least three documents with the Court revealing his social security number. Defense counsel has brought this to Plaintiff's attention.

On April 2, 2009, Plaintiff brought the filing of Doc. #329 to Defense Counsel's attention stating: "You have placed my social security number in the record as part of exhibit number three. Any damages caused to me because of such [sic] the Chevron Defendants will be held liable." As a

-1-

result, Defense Counsel immediately contacted the Court Clerk and, with the Clerk's assistance, Doc. #329 was removed from public access and is no longer accessible on the ECF system. (Although a chambers copy of the document was provided to the Court).

Defendants request that, to the extent Doc. #329 is otherwise viewable by other means or remains accessible to the public (although it no longer appears on the Court's docket), it be removed from the Court's publicly accessible records in this matter. The document was inadvertently filed, and good cause exists to have it removed from the public's access.

Respectfully submitted,

DATED: April 6, 2009

FILICE BROWN EASSA & McLEOD LLP

By: ___/s/___
ROBERT D. EASSA
DELIA A. ISVORANU
Attorneys for Defendants

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Doc. #329, previously blocked/removed from public viewing on the Court's ECF system, shall be removed and will not be made viewable to the public.

DATED: April, 2009

_____
HON. SUSAN ILLSTON
United States District Court

-2-

REQUEST TO REMOVE DOC. #329 FROM PUBLIC VIEW; Case No. C 07-05756 SI