IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III, | No. C 07-5756 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHEVRON CORPORATION, *et al.*, | |
| Defendants. | |

Defendants' motion for summary judgment is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 19, 2009

SUSAN ILLSTON
United States District Judge