| | |
|---|---|
| 1 | ROBERT D. EASSA (SBN: 107970) |
| 2 | DELIA A. ISVORANU (SBN: 226750)<br>FILICE BROWN EASSA & McLEOD LLP |
| 3 | 1999 Harrison Street, 18th Floor<br>Tel: (510) 444-3131 |
| 4 | Fax: (510) 839-7940<br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL B. JOHNSON, III, | Case No. C 07-05756 SI |
| Plaintiff, | |
| v. | **REQUEST TO REMOVE DOC. #352 FROM PUBLIC VIEW AND [PROPOSED] ORDER** |
| CHEVRON CORPORATION et al, | |
| Defendants. | |

The Court's Doc. #352 and Attachment #1 to Doc. #352 contains a cost itemization entry (page 37 on Doc. #352) and two invoices (pages 35-36 of Attachment #1 to Doc. #352), which contain the names of Plaintiff's children, although the individuals/names are not identified as Plaintiff's children nor is there a description of their relationship to Plaintiff. Only Plaintiff is able to identify them as his children. Pursuant to Plaintiff's demand, Defendants request that Doc. #352 (which includes Attachment #1 thereto) be removed from the Court's publicly accessible records in this matter and from the public's view anywhere the documents are accessible in the Court's records. The cost itemization entry and invoices (part of Defendants' accounting department's records, required as backup documentation for Defendants' Bill of Costs) was inadvertently filed among the many cost entries/itemizations and invoices. Good cause exists to have them removed from the

-1-

public's access.

Respectfully submitted,

DATED: June 10, 2009

FILICE BROWN EASSA & McLEOD LLP

By: _____/s/_____
    ROBERT D. EASSA
    DELIA A. ISVORANU
    Attorneys for Defendants

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the attachment to Doc. #352 (including Attachment #1 thereto) shall be removed and will not be made viewable to the public.

DATED: June  , 2009

_____Susan Illston_____
    HON. SUSAN ILLSTON
    United States District Court

-2-