SAMUEL BERNARD JOHNSON III
4420 Abruzzi Circle
Stockton, California 95206
(209) 982-5904 – Telephone
blakviii@aol.com – Email

Plaintiff - *In Pro Se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL BERNARD JOHNSON III,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, a Delaware corporation, CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, a California corporation, CATHERINE DREW, KATHRYN M. GALLACHER, ROBERT SCHMITT, HARALD SMEDAL, SUSAN J. SOLGER, SELLERS STOUGH, KRYSTAL TRAN, DEBBIE WONG, GARY A. YAMASHITA, and DOES 1-5,<br><br>Defendants | Case No.: C 07-05756 SI (JCS)<br><br>**PLAINTIFF'S REQUEST TO REMOVE COURT DOCKET NOS. 245 and 265 FROM PUBLIC VIEW, PLACE THEM UNDER SEAL AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-11, 79-5 and 79-5(b), Plaintiff Samuel Bernard Johnson III ("Plaintiff Johnson") seeks and Order from the District Court to remove from public view Court Docket Nos. 245 and 265 as well as to place them under seal.

On February 5, 2009, Plaintiff Johnson filed Court Docket No. 245 using the District Court's Electronic Court Filing system, ("ECF") and on February 13, 2009, Plaintiff Johnson filed Court Docket No. 265 using the District Court's ECF. Court Docket Nos. 245 and 265 contain personal identifiable information on Plaintiff Johnson and his two (2) minor children. Moreover, the personal identifiable information contained in Court Docket Nos. 245 and 265 pertaining to Plaintiff Johnson and his two (2) minor children should have been redacted prior to filing these documents through the District Court's ECF system. In light of this error in filing personal identifiable information pertaining to Plaintiff Johnson and his two (2) minor children and in accordance with the District Court's Civil Local Rules 3-17 on privacy Plaintiff Johnson respectfully requests that the District Court remove Court Docket Nos. 245 and 265 from public view and file them under seal:

> **(a) Documents Filed in the Public File.** In compliance with the policy of the Judicial Conference of the United States and the E-Government Act of 2002, and in order to promote electronic access to case files while also protecting personal privacy and other legitimate interests, parties must refrain from including, or must redact where inclusion is necessary, the following personal data identifiers from all pleadings and other papers filed in the public file, including exhibits thereto, whether filed electronically or in paper, unless otherwise ordered by the Court.
>
> **(1) Social Security Numbers.** If an individual's social security number must be included in a pleading or other paper filed in the public file, only the last four digits of that number should be used.
>
> **(2) Names of Minor Children.** If the involvement of a minor child must be mentioned in a pleading or other paper filed in the public file, only the initials of that child should be used.
>
> **(3) Dates of Birth.** If an individual's date of birth must be included in a pleading or other paper filed in the public file, only the year should be used.

**(4) Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be included in a pleading or other paper filed in the public file.

Good cause does exist for the District Court to grant Plaintiff Johnson's request to have Court Docket No. 245 and 265 removed from public view from the District Court's records and filed under seal.

Respectfully submitted by,

/s/
_____
SAMUEL BERNARD JOHNSON III

Dated this 27th day of July 2009

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED THAT** Court Docket Nos. 245 and 265 shall be removed from public view from the District Court's records and placed under seal pursuant to Civil Local Rule 79-5(b).

Dated:  July _____, 2009

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE