IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 07-5756 SI<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO REDACT NOVEMBER 18, 2008 HEARING TRANSCRIPT**<br>**[Docket No. 371]** |

Plaintiff seeks an order redacting certain statements from the transcript of a November 18, 2008 case management conference in this case. The statements are located at page 9:10-19 of the reporter's transcript. The Court finds that plaintiff has not shown good cause for these statements to be redacted and DENIES plaintiff's request.

**IT IS SO ORDERED.**

Dated: August 7, 2009

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge