1  ROBERT D. EASSA (SBN: 107970)
   DELIA A. ISVORANU (SBN: 226750)
2  FILICE BROWN EASSA & McLEOD LLP
   1999 Harrison Street, 18th Floor
3  Tel:  (510) 444-3131
   Fax: (510) 839-7940
4  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

SAMUEL B. JOHNSON, III,                    ) Case No. C 07-05756 SI
                                           )
         Plaintiff,                        )
                                           ) **REQUEST TO REMOVE ATTACHMENT
    v.                                     ) TO DOC. #403 (403-2) FROM PUBLIC
                                           ) VIEW AND [PROPOSED] ORDER**
CHEVRON CORPORATION et al,                 )
                                           )
         Defendants.                       )
_____    )

On January 22, 2010, Defendants filed Court Doc.# 403, Part 2 ("403-2"). That document consists of 27 pages of exhibits (Exhibits H-N), attachments to the Declaration of Delia A. Isvoranu (Doc. #403). Included therein was Exhibit K, the Court's November 30, 2007 Referral for Reassignment (Doc. #4), filed by the Court prior to Defendants being served with the Complaint and Summons in this action. Defense counsel was recently contacted by Plaintiff who advised that Exhibit K (pages 13-14 of 27) is a document which the Court had previously removed from the public's view upon its filing (prior to Defendants being served or appearing in this action). Indeed, Plaintiff advised that he received Exhibit K (Doc. #4) "by U.S. mail in 2007" from the Court, presumably because the Court did not post the Referral for Reassignment on the ECF system.

The document does not contain any social security or taxpayer-identification numbers; dates of birth; names of minor children (only initials appear); financial account numbers; or home

addresses. However, as it does appear to have been previously shielded from public access for some reason, and per Plaintiff's request, Defendants respectfully request that public access to Doc. 403-2 be blocked as it contains a copy, at pages 13-14, of Exhibit K, the Court's prior Referral for Reassignment.

                                      Respectfully submitted,

DATED: January 26, 2010             FILICE BROWN EASSA & McLEOD LLP

                                      By: _____/s/_____
                                            ROBERT D. EASSA
                                            DELIA A. ISVORANU
                                            Attorneys for Defendants

## **[PROPOSED] ORDER**

    **IT IS HEREBY ORDERED** that Doc. #403-2 shall be blocked from the public's view and will not be made viewable to the public.

DATED: January ___, 2010             _____/s/ Susan Illston_____
                                            HON. SUSAN ILLSTON
                                            United States District Court