IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B. JOHNSON III, | No. C 07-05756 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING ACKNOWLEDGMENT AND SATISFACTION OF JUDGMENT** |
| v. | |
| CHEVRON CORPORATION, *et al.*, | |
| Defendants. | |

On February 8, 2012, plaintiff filed a motion for administrative relief requesting acknowledgment that he satisfied a judgment rendered against him by this Court. Defendant Chevron Corporation has not opposed the motion. On December 21, 2011, the Court ordered plaintiff's employer (the State of California) to cease garnishing his paychecks following a final, reduced payment on February 1, 2012.

Having reviewed the papers, it appears to the Court that plaintiff has satisfied the judgment. The Court therefore GRANTS acknowledgment of satisfaction of judgment.

**IT IS SO ORDERED.**

Dated: February 29, 2012

SUSAN ILLSTON
United States District Judge