IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL B JOHNSON III, | No. C 07-5756 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| CHEVRON CORPORATION, *et al.*, | |
| Defendants. | |

This case was closed on May 20, 2009. Plaintiff has now filed an administrative motion to seal certain documents filed in this case years ago. Defendants have opposed the motion. Having considered the parties' arguments and the material submitted, the Court finds that plaintiff has not shown good cause for these documents to be sealed.

Plaintiff seeks to seal dozens of documents that he "inadvertently" filed over the course of this case, which contain information and allegations about his medical conditions that gave rise to his various disability-related claims. Bernard Decl. ¶ 8. The Court rejects plaintiffs assertion. The information he now seeks to seal was intentionally filed: it formed the "entire basis for plaintiff's disability claim," *see* Dkt. 132, and he included it repeatedly in filings throughout this case. Morever, the Court has previously rejected plaintiff's request to seal such information. *See* Dkts. 118, 132. Plaintiff's current motion is no different; it does not establish why the Court should seal the information Accordingly, plaintiff's motion to file under seal is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 23, 2013

SUSAN ILLSTON
United States District Judge